*Honorable Tiffany M. Cartwright*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY SHEFFIELD, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEOSTRATA COMPANY, INC. D/B/A NEOSTRATA AND EXUVIANCE,<br><br>Defendant. | Case No. 3:26-cv-5764<br><br>**DECLARATION OF DAVID FREEBURG IN SUPPORT OF DEFENDANT NEOSTRATA COMPANY, INC.'S MOTION TO DISMISS** |

I, David Freeburg, state and declare as follows:

1. I am an attorney for DLA Piper LLP (US) and counsel of record for Defendant NeoStrata Company, Inc. I make this declaration I support of NeoStrata's Motion to Dismiss (the "Motion") the Complaint filed by Plaintiff Tiffany Sheffield. This declaration is based on my personal knowledge and review of business records made in the regular practice of corporate activities and kept in the ordinary course of business at NeoStrata and Milled.com.

2. The emails quoted in Plaintiff's Complaint are publicly available on an online database, named "Milled.com," available at https://milled.com. According to Milled.com, it is the "world's largest search engine for e-commerce newsletter and email sales." This database is not affiliated with NeoStrata.

3. The following table summarizes all 64 emails at issues in the Complaint, including their date, subject, whether Plaintiff alleges she received them, and the other reasons for dismissal. The Complaint alleges that each group with the same color relates to single promotion:



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

| Ex. | Date | Subject Line | Reasons for Dismissal | | | | | | Compl. Cite |
|---|---|---|---|---|---|---|---|---|---|
| | | | Not Sent to Plaintiff | Did Not Receive Extensions | Statute of Limitations | "Final Hours" | "Last Chance" or "Call" | Nothing About Time | |
| 1 | Nov. 11, 2022 | "1-Day Only. 40% Off Sitewide + FREE Shipping!" | Yes | Yes | Yes | | | | ¶ 48 |
| 2 | Nov. 11, 2022 | "FINAL HOURS For 40% Off!" | Yes | Yes | Yes | Yes | | | ¶ 49 |
| 3 | Nov. 11, 2022 | "Last Chance for 40% OFF Sitewide!" | | Yes | Yes | | Yes | | ¶¶ 49, 142 |
| 4 | Nov. 12, 2022 | "Just Your Luck! Another Day to Shop the 11/11 Sale" | N/A - Not Challenged in Complaint | | | | | | ¶ 50 |
| 5 | Dec. 15, 2022 | "BACK FOR 1 DAY ONLY! 40% Off Sitewide!!!" | Yes | Yes | Yes | | | | ¶ 53 |
| 6 | Dec. 15, 2022 | "LAST CALL: 40% Off Sitewide Is Almost Over" | Yes | Yes | Yes | | Yes | | ¶ 54 |
| 7 | Dec. 15, 2022 | "One Final Thrill: Buy One, Get One FREE" | Yes | Yes | Yes | | | Yes | ¶ 58 |
| 8 | Dec. 15, 2022 | "Going, Going, BOGO Sale is Almost Gone!" | Yes | Yes | Yes | | | Yes | ¶ 59 |
| 9 | Dec. 16, 2022 | "In Case You Missed It! \| 40% OFF Sitewide Is Extended!" | N/A - Not Challenged in Complaint | | | | | | ¶ 55 |
| 10 | Dec. 16, 2022 | "Extended! Buy One Get One FREE!" | N/A - Not Challenged in Complaint | | | | | | ¶¶ 60 |
| 11 | July 4, 2023 | "50% OFF SETS. TODAY ONLY!" | | Yes | Yes | | | | ¶¶ 62, 143 |



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 | July 5, 2023 | "Extended! Power Up With 50% Off Sets" | N/A - Not Challenged in Complaint | | | | | | ¶ 63 |
| 13 | Nov. 27, 2023 | "LAST CALL: 60% Off! Shop our Exclusive Cyber Monday Set!" | Yes | Yes | Yes | | Yes | | ¶ 66 |
| 14 | Nov. 27, 2023 | "Selling Fast! 60% Off All Sets" | Yes | Yes | Yes | | | Yes | ¶ 67 |
| 15 | Nov. 28, 2023 | "ONE. MORE. DAY. 60% OFF CYBER MONDAY SET EXTENDED!" | N/A - Not Challenged in Complaint | | | | | | ¶ 68 |
| 16 | Dec. 13, 2023 | "LAST CALL! 4 Days of Festivities Ends Tonight!" | Yes | Yes | Yes | | Yes | | ¶ 70 |
| 17 | Dec. 14, 2023 | "EXTENDED! 50% Off Winter Faves" | N/A - Not Challenged in Complaint | | | | | | ¶ 71 |
| 18 | Feb. 28, 2024 | "40% Off Any 3+ Items!" | Yes | Yes | Yes | | | Yes | ¶ 73 |
| 19 | Feb. 28, 2024 | "Last Chance! 40% Off Any 3+ Items" | Yes | Yes | Yes | | Yes | | ¶ 74 |
| 20 | Feb. 29, 2024 | "Surprise Extension! 40% Off Any 3+ Items" | N/A - Not Challenged in Complaint | | | | | | ¶ 75 |
| 21 | Mar. 2, 2025 | "Flash Sale! 25% Off Award-Winners" | Yes | Yes | | | | Yes | ¶ 77 |
| 22 | Mar. 2, 2025 | "Last Call! 25% Off Award-Winners" | Yes | Yes | | | Yes | | ¶ 78 |
| 23 | Mar. 3, 2025 | "Extended! 25% Off For Red-Carpet Ready Skin" | N/A - Not Challenged in Complaint | | | | | | ¶ 79 |
| 24 | Mar. 9, 2025 | "Ends Tonight! 25% Off Night Treatments" | Yes | Yes | | | | | ¶ 81 |



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Mar. 10, 2025 | "Extended! 25% Off Night Treatments" | N/A - Not Challenged in Complaint | | | | | | ¶ 82 |
| 26 | Mar. 26, 2025 | "Ends Tonight! 40% Off Any 3+ Items" | Yes | Yes | | | | | ¶ 84 |
| 27 | Mar. 27, 2025 | "Surprise Extension! 40% Off Any 3+ Items" | N/A - Not Challenged in Complaint | | | | | | ¶ 85 |
| 28 | July 13, 2025 | "50% Off Lift Volumizing Concentrate Ends Tonight" | Yes | Yes | | | | | ¶ 87 |
| 29 | July 14, 2025 [erroneously described as July 14, 2026] | "EXTENDED! 50% Off Lift Volumizing Concentrate" | N/A - Not Challenged in Complaint | | | | | | ¶¶ 88–89 |
| 30 | Aug. 5, 2025 | "Get Glowing: 50% Off AHA Classics" | Yes | Yes | | | | Yes | ¶ 90 |
| 31 | Aug. 5, 2025 | "Last Call! 50% Off AHA Classics" | Yes | Yes | | | Yes | | ¶ 91 |
| 32 | Aug. 6, 2025 | "EXTENDED! 50% OFF" | N/A - Not Challenged in Complaint | | | | | | ¶ 92 |
| 33 | Sept. 7, 2025 | "Today Only: 40% Off Any 3+ Items" | Yes | Yes | | | | | ¶ 94 |
| 34 | Sept. 7, 2025 | "Last Chance! 40% Off Any 3+ Items" | Yes | Yes | | | Yes | | ¶ 95 |
| 35 | Sept. 7, 2025 | "Final Hours for 40% Off" | Yes | Yes | | Yes | | | ¶ 95 |
| 36 | Sept. 8, 2025 | "EXTENDED! 40% Off Any 3+ Items" | N/A - Not Challenged in Complaint | | | | | | ¶ 96 |
| 37 | Oct. 19, 2025 | "Flash Sale! Buy One, Get One Free" | Yes | Yes | | | | Yes | ¶ 98 |
| 38 | Oct. 19, 2025 | "Final Hours for BOGO!" | Yes | Yes | | Yes | | | ¶ 99 |
| 39 | Oct. 20, 2025 | "Extended! Buy One, Get One" | N/A - Not Challenged in Complaint | | | | | | ¶ 100 |



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 40 | Nov. 11, 2025 | "FINAL HOURS FOR 40% OFF SITEWIDE!" | Yes | Yes | | Yes | | | ¶ 101 |
| 41 | Nov. 11, 2025 | "Last Call! 40% Off Sitewide Ends Soon" | Yes | Yes | | | Yes | | ¶ 102 |
| 42 | Nov. 12, 2025 | "SINGLES' DAY EXTENDED! 40% Off Sitewide" | N/A - Not Challenged in Complaint | | | | | | ¶ 103 |
| 43 | Dec. 1, 2025 | "Cyber Monday Last Chance: 60% Off Blockbuster Set" | Yes | Yes | | | Yes | | ¶ 105 |
| 44 | Dec. 1, 2025 | "60% Off Skin Active Sets Ends Tonight!" | Yes | Yes | | | | | ¶ 106 |
| 45 | Dec. 2, 2025 | "EXTENDED! 60% Off Blockbuster Set + 40% Off Sitewide" | N/A - Not Challenged in Complaint | | | | | | ¶ 107 |
| 46 | Dec. 2, 2025 | "Cyber Monday Extended! 60% Off Skin Active Sets" | N/A - Not Challenged in Complaint | | | | | | ¶ 107 |
| 47 | Feb. 22, 2026 | "Ends Tonight: 30% Off Sitewide + Free Cleanser" | Yes | Yes | | | | | ¶ 109 |
| 48 | Feb. 22, 2026 | "Final Hours! Shop The Anniversary Sale" | Yes | Yes | | Yes | | | ¶ 110 |
| 49 | Feb. 23, 2026 | "Extended! 30% Off Sitewide + Free Cleanser" | N/A - Not Challenged in Complaint | | | | | | ¶ 111 |
| 50 | Feb. 26, 2026 | "Today Only: 40% Off Any 3+ Items!" | Yes | Yes | | | | | ¶ 113 |
| 51 | Feb. 26, 2026 | "Final Hours: 40% Off Any 3+ Items!" | Yes | Yes | | Yes | | | ¶ 114 |



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 52 | Feb. 27, 2026 | "EXTENDED! 40% Off Any 3+ Items" | N/A - Not Challenged in Complaint | | | | | | ¶ 115 |
| 53 | Mar. 10, 2026 | "Ends Tonight! FREE Full-Size Peel, On Us" | Yes | Yes | | | | | ¶ 117 |
| 54 | Mar. 11, 2026 | "Extended! FREE Full-Size Peel, On Us" | N/A - Not Challenged in Complaint | | | | | | ¶ 118 |
| 55 | Mar. 11, 2026 | "Ends Tonight! 40% Off Any 3+ Items" | Yes | Yes | | | | | ¶ 119 |
| 56 | Mar. 12, 2026 | "Extended! 40% Off Any 3+ Items" | N/A - Not Challenged in Complaint | | | | | | ¶ 120 |
| 57 | Mar. 22, 2026 | "Last Chance! FREE SkinRise Morning Glow Pads" | Yes | Yes | | | Yes | | ¶ 121 |
| 58 | Mar. 22, 2026 | "30% Off Sitewide Spring Savings Ends Tonight" | Yes | Yes | | | | | ¶ 122 |
| 59 | Mar. 23, 2026 | "Extended! 30% Off + FREE SkinRise Morning Glow" | N/A - Not Challenged in Complaint | | | | | | ¶ 123 |
| 60 | Apr. 4, 2026 | "Today Only: 50% Off Vitamin C Capsules" | Yes | Yes | | | | | ¶ 125 |
| 61 | Apr. 5, 2026 | "One More Day for 50% Off!" | N/A - Not Challenged in Complaint | | | | | | ¶ 126 |
| 62 | Apr. 19, 2026 | "48 Hours Only: Buy One, Get One Free" | | Yes | | | | | ¶¶ 127, 144 |
| 63 | Apr. 20, 2026 | "Our Offer Ends Tonight" | | Yes | | | | | ¶¶ 128, 145 |
| 64 | Apr. 21, 2026 | "LAST CHANCE!" | N/A - Not Challenged in Complaint | | | | | | ¶ 129 |



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

4. Attached as **Exhibit 1** is a true and correct copy of the November 11, 2022 email cited in paragraph 48 of the Complaint, which has the subject line: "1-Day Only. 40% Off Sitewide + FREE Shipping!" This email was published on Milled.com at https://milled.com/neostrata/1-day-only-40-off-sitewide-free-shipping-a0uN9sE-niaM6EHC.

5. Attached as **Exhibit 2** is a true and correct copy of the November 11, 2022 email cited in paragraph 49 of the Complaint, which has the subject line: "FINAL HOURS For 40% Off!" This email was published on Milled.com at https://milled.com/neostrata/final-hours-for-40-off-6YovlGQqyb6FQsM-.

6. Attached as **Exhibit 3** is a true and correct copy of the November 11, 2022 email cited in paragraphs 49 and 142 of the Complaint, which has the subject line: "Last Chance for 40% OFF Sitewide!" This email was published on Milled.com at https://milled.com/neostrata/last-chance-for-40-off-sitewide-bHSSt9hxZlf8OJC.

7. Attached as **Exhibit 4** is a true and correct copy of the November 12, 2022 email cited in paragraph 50 of the Complaint, which has the subject line: "Just Your Luck! Another Day to Shop the 11/11 Sale." This email was published on Milled.com at https://milled.com/neostrata/back-for-1-day-only-40-off-sitewide-3qs6o0VUEYiquSvw.

8. Attached as **Exhibit 5** is a true and correct copy of the December 15, 2022 email cited in paragraph 53 of the Complaint, which has the subject line: "BACK FOR 1 DAY ONLY! 40% Off Sitewide!!!" This email was published on Milled.com at https://milled.com/neostrata/back-for-1-day-only-40-off-sitewide-3qs6o0VUEYiquSvw.

9. Attached as **Exhibit 6** is a true and correct copy of the December 15, 2022 email cited in paragraph 54 of the Complaint, which has the subject line: "LAST CALL: 40% Off Sitewide Is Almost Over" This email was published on Milled.com at https://milled.com/neostrata/last-call-40-off-sitewide-is-almost-over-W3MwxaosBGijDa_7.



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

10. Attached as **Exhibit 7** is a true and correct copy of the December 15, 2022 email cited in paragraph 58 of the Complaint, which has the subject line: "One Final Thrill: Buy One, Get One FREE." This email was published on Milled.com at https://milled.com/neostrata/one-final-thrill-buy-one-get-one-free--f4G32S3BxDR9G_u.

11. Attached as **Exhibit 8** is a true and correct copy of the December 15, 2022 email cited in paragraph 59 of the Complaint, which has the subject line: "Going, Going BOGO Sale is Almost Gone!" This email was published on Milled.com at https://milled.com/neostrata/going-going-bogo-sale-is-almost-gone-YQNZzt5BhWieNIPm.

12. Attached as **Exhibit 9** is a true and correct copy of the December 16, 2022 email cited in paragraph 55 of the Complaint, which has the subject line: "In Case You Missed It | 40% OFF Sitewide Is Extended!" This email was published on Milled.com at https://milled.com/neostrata/in-case-you-missed-it-40-off-sitewide-is-extended-rma6XLjlpnMJy0Ri.

13. Attached as **Exhibit 10** is a true and correct copy of the December 16, 2022 email cited in paragraph 60 of the Complaint, which has the subject line: "Extended! Buy One Get One FREE!" This email was published on Milled.com at https://milled.com/neostrata/extended-buy-one-get-one-free-X_Eqr19EKEFA-Edy.

14. Attached as **Exhibit 11** is a true and correct copy of the July 4, 2023 email cited in paragraph 62 and 143 of the Complaint, which has the subject line: "50% OFF SETS TODAY ONLY!" This email was published on Milled.com at https://milled.com/neostrata/50-off-sets-today-only-zZiBCQM_vDPQ31MV.

15. Attached as **Exhibit 12** is a true and correct copy of the July 5, 2023 email cited in paragraph 63 of the Complaint, which has the subject line: "Extended! Power Up With 50% Off Sets." This email was published on Milled.com at https://milled.com/neostrata/extended-power-up-with-50-off-sets-IchrCtQtLPSTi7yA.



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

16. Attached as **Exhibit 13** is a true and correct copy of the November 27, 2023 email cited in paragraph 49 of the Complaint, which has the subject line: "LAST CALL: 60% Off! Shop our Exclusive Cyber Monday Set!" This email was published on Milled.com at https://milled.com/neostrata/last-call-60-off-shop-our-exclusive-cyber-monday-set-kA7_txwNBP1L1RC9.

17. Attached as **Exhibit 14** is a true and correct copy of the November 27, 2023 email cited in paragraph 67 of the Complaint, which has the subject line: "Selling Fast! 60% Off All Sets." This email was published on Milled.com at https://milled.com/neostrata/selling-fast-60-off-all-sets-lpP6r9oQha2ikrf9.

18. Attached as **Exhibit 15** is a true and correct copy of the November 28, 2023 email cited in paragraph 68 of the Complaint, which has the subject line: "ONE. MORE. DAY. 60% OFF CYBER MONDAY SET EXTENDED!" This email was published on Milled.com at https://milled.com/neostrata/one-more-day-60-off-cyber-monday-set-extended-OgaZJu7TFNOHLNYu.

19. Attached as **Exhibit 16** is a true and correct copy of the December 13, 2023 email cited in paragraph 70 of the Complaint, which has the subject line: "LAST CALL! 4 Days of Festivities Ends Tonight!" This email was published on Milled.com at https://milled.com/neostrata/last-call-4-days-of-festivities-ends-tonight-qKWvqEsEo2Vr5nhM.

20. Attached as **Exhibit 17** is a true and correct copy of the December 14, 2023 email cited in paragraph 71 of the Complaint, which has the subject line: "EXTENDED! 50% Off Winter Faves." This email was published on Milled.com at https://milled.com/neostrata/extended-50-off-winter-faves-mDsvbLgzxUeU5GX7.

21. Attached as **Exhibit 18** is a true and correct copy of the February 28, 2024 email cited in paragraph 73 of the Complaint, which has the subject line: "40% Off Any 3+ Items!" This email was published on Milled.com at https://milled.com/neostrata/40-off-any-3-items-2DMz1PG78blw4DVL.



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

22. Attached as **Exhibit 19** is a true and correct copy of the February 28, 2024 email cited in paragraph 74 of the Complaint, which has the subject line: "Last Chance! 40% Off Any 3+ Items." This email was published on Milled.com at https://milled.com/neostrata/last-chance-40-off-any-3-items-OXZOdK6s3_Vt4vTM.

23. Attached as **Exhibit 20** is a true and correct copy of the November 11, 2022 email cited in paragraph 75 of the Complaint, which has the subject line: "Surprise Extension! 40% Off Any 3+ Items." This email was published on Milled.com at https://milled.com/neostrata/surprise-extension-40-off-any-3-items-_wqwhPF270zbF1Lo.

24. Attached as **Exhibit 21** is a true and correct copy of the March 2, 2025 email cited in paragraph 77 of the Complaint, which has the subject line: "Flash Sale! 25% Off Award-Winners." This email was published on Milled.com at https://milled.com/neostrata/flash-sale-25-off-award-winners-oM76wLQPJ_5fztvx.

25. Attached as **Exhibit 22** is a true and correct copy of the March 2, 2025 email cited in paragraph 78 of the Complaint, which has the subject line: "Last Call! 25% Off Award-Winners." This email was published on Milled.com at https://milled.com/neostrata/last-call-25-off-award-winners-7BAj9rBh-M8eaeg_.

26. Attached as **Exhibit 23** is a true and correct copy of the March 3, 2025 email cited in paragraph of the Complaint, which has the subject line: "Extend! 25% Off For Red-Carpet Ready Skin." This email was published on Milled.com at https://milled.com/neostrata/extended-25-off-for-red-carpet-ready-skin-BMRuVeF-lqa7wMuD.

27. Attached as **Exhibit 24** is a true and correct copy of the March 9, 2025 email cited in paragraph 81 of the Complaint, which has the subject line: "End Tonight! 25% Off Night Treatments." This email was published on Milled.com at https://milled.com/neostrata/ends-tonight-25-off-night-treatments-6PHGbv9Ao-h640iz.

28. Attached as **Exhibit 25** is a true and correct copy of the March 10, 2025 email cited in paragraph 82 of the Complaint, which has the subject line: "Extended! 25% Off Night



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

Treatments." This email was published on Milled.com at https://milled.com/neostrata/extended-25-off-night-treatments-kZVoJA2CzkN1J0oJ.

29. Attached as **Exhibit 26** is a true and correct copy of the March 26, 2025 email cited in paragraph 84 of the Complaint, which has the subject line: "Ends Tonight! 40% Off Any 3+ Items." This email was published on Milled.com at https://milled.com/neostrata/ends-tonight-40-off-any-3-items-BZ3tBKMfDFG_nNte.

30. Attached as **Exhibit 27** is a true and correct copy of the November 11, 2022 email cited in paragraph 85 of the Complaint, which has the subject line: "Surprise Extension! 40% Off Any 3+ Items." This email was published on Milled.com at https://milled.com/neostrata/surprise-extension-40-off-any-3-items-PIYRbJt4lpWQ83PV.

31. Attached as **Exhibit 28** is a true and correct copy of the July 13, 2025 email cited in paragraph 87 of the Complaint, which has the subject line: "50% Off Lift Volumizing Concentrate End Tonight." This email was published on Milled.com at https://milled.com/neostrata/50-off-lift-volumizing-concentrate-ends-tonight-5E98cHruq0SAIxYX.

32. Attached as **Exhibit 29** is a true and correct copy of the July 14, 2025 email cited in paragraphs 88 and 89 of the Complaint, which has the subject line: "EXTENDED! 50% Off Lift Volumizing Concentrate." This email was published on Milled.com at https://milled.com/neostrata/extended-50-off-lift-volumizing-concentrate-5O2zHn8RLZXnmPJk.

33. Attached as **Exhibit 30** is a true and correct copy of the August 5, 2025 email cited in paragraph 90 of the Complaint, which has the subject line: "Get Glowing: 50% Off AHA Classics." This email was published on Milled.com at https://milled.com/neostrata/get-glowing-50-off-aha-classics-VGXo-fOtxtd-mp9h.

34. Attached as **Exhibit 31** is a true and correct copy of the August 5, 2025 email cited in paragraph 91 of the Complaint, which has the subject line: "Last Call! 50% Off AHA Classics."



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

This email was published on Milled.com at https://milled.com/neostrata/last-call-50-off-aha-classics-wBSkptLNL_IS6l8g.

35. Attached as **Exhibit 32** is a true and correct copy of the August 6, 2025 email cited in paragraph 92 of the Complaint, which has the subject line: “EXTENDED! 50% OFF.” This email was published on Milled.com at https://milled.com/neostrata/today-only-40-off-any-3-items-o9SpBMo2vvMR4CO6.

36. Attached as **Exhibit 33** is a true and correct copy of the September 7, 2025 email cited in paragraph 94 of the Complaint, which has the subject line: “Today Only: 40% Off Any 3+ Items.” This email was published on Milled.com at https://milled.com/neostrata/today-only-40-off-any-3-items-o9SpBMo2vvMR4CO6.

37. Attached as **Exhibit 34** is a true and correct copy of the September 7, 2025 email cited in paragraph 95 of the Complaint, which has the subject line: “Last Chance! 40% Off Any 3+ Items.” This email was published on Milled.com at https://milled.com/neostrata/last-chance-40-off-any-3-items-NZ2h2CMqLLf-TC-P.

38. Attached as **Exhibit 35** is a true and correct copy of the September 7, 2025 email cited in paragraph 95 of the Complaint, which has the subject line: “Final Hours for 40% Off.” This email was published on Milled.com at https://milled.com/neostrata/final-hours-for-40-off-9IKRzOh5cHEJvclk.

39. Attached as **Exhibit 36** is a true and correct copy of the September 8, 2025 email cited in paragraph 96 of the Complaint, which has the subject line: “EXTENDED! 40% Off Any 3+ Items.” This email was published on Milled.com at https://milled.com/neostrata/extended-40-off-any-3-items-znO4G3R2cJk5deA4.

40. Attached as **Exhibit 37** is a true and correct copy of the October 19, 2025 email cited in paragraph 98 of the Complaint, which has the subject line: “Flash Sale! Buy One, Get One Free.” This email was published on Milled.com at https://milled.com/neostrata/flash-sale-buy-one-get-one-free-BTkY8q-ilbw1bgtR.


DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

41. Attached as **Exhibit 38** is a true and correct copy of the October 19, 2025 email cited in paragraph 99 of the Complaint, which has the subject line: "Final Hours for BOGO!" This email was published on Milled.com at https://milled.com/neostrata/final-hours-for-bogo-10dzBLhdtQJ86o6F.

42. Attached as **Exhibit 39** is a true and correct copy of the October 20, 2025 email cited in paragraph 100 of the Complaint, which has the subject line: "Extended! Buy One, Get One." This email was published on Milled.com at https://milled.com/neostrata/extended-buy-one-get-one-OPoznVzZUIkjsiAR.

43. Attached as **Exhibit 40** is a true and correct copy of the November 11, 2025 email cited in paragraph 101 of the Complaint, which has the subject line: "FINAL HOURS FOR 40% OFF SITEWIDE!" This email was published on Milled.com at https://milled.com/neostrata/final-hours-for-40-off-sitewide-Ps7zLdjiKemecEfa.

44. Attached as **Exhibit 41** is a true and correct copy of the November 11, 2025 email cited in paragraph 102 of the Complaint, which has the subject line: "Last Call! 40% Off Sitewide Ends Soon." This email was published on Milled.com at https://milled.com/neostrata/last-call-40-off-sitewide-ends-soon-Zb5oCr2GIfHOvvsG.

45. Attached as **Exhibit 42** is a true and correct copy of the November 12, 2025 email cited in paragraph 103 of the Complaint, which has the subject line: "SINGLES' DAY EXTENDED! 40% Off Sitewide" This email was published on Milled.com at https://milled.com/neostrata/singles-day-extended-40-off-sitewide-11BORpvQuB6UbSwK.

46. Attached as **Exhibit 43** is a true and correct copy of the December 1, 2025 email cited in paragraph 105 of the Complaint, which has the subject line: "Cyber Monday Last Chance: 60% Off Blockbuster Set." This email was published on Milled.com at https://milled.com/neostrata/cyber-monday-last-chance-60-off-blockbuster-set-IICPNyiu4-HPgrT2.



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

47. Attached as **Exhibit 44** is a true and correct copy of the December 1, 2025 email cited in paragraph 106 of the Complaint, which has the subject line: "60% Off Skin Active Sets Ends Tonight." This email was published on Milled.com at https://milled.com/neostrata/60-off-skin-active-sets-ends-tonight-nTEWV2TVcH377Lxp.

48. Attached as **Exhibit 45** is a true and correct copy of the December 2, 2025 email cited in paragraph 107 of the Complaint, which has the subject line: "EXTENDED! 60% Off Blockbuster Set + 40% Off Sitewide." This email was published on Milled.com https://milled.com/neostrata/extended-60-off-blockbuster-se-t-40-off-sitewide-r6M14ldvN4GGbUWH.

49. Attached as **Exhibit 46** is a true and correct copy of the December 2, 2025 email cited in paragraph 107 of the Complaint, which has the subject line: "Cyber Monday Extended! 60% Off Skin Active Sets." This email was published on Milled.com at https://milled.com/neostrata/cyber-monday-extended-60-off-skin-active-sets-e8Eaen7csoQLtSNy.

50. Attached as **Exhibit 47** is a true and correct copy of the February 22, 2026 email cited in paragraph 109 of the Complaint, which has the subject line: "Ends Tonight: 30% Off Sitewide + Free Cleanser." This email was published on Milled.com at https://milled.com/neostrata/ends-tonight-30-off-sitewide-free-cleanser-PHiMR0d3YAInrDBV.

51. Attached as **Exhibit 48** is a true and correct copy of the February 22, 2026 email cited in paragraph 110 of the Complaint, which has the subject line: "Final Hours! Shope The Anniversary Sale." This email was published on Milled.com at https://milled.com/neostrata/final-hours-shop-the-anniversary-sale-JZOHisg4i1ZPlEIc.

52. Attached as **Exhibit 49** is a true and correct copy of the February 23, 2026 email cited in paragraph 111 of the Complaint, which has the subject line: "Extended! 30% Off Sitewide + Free Cleanser." This email was published on Milled.com at https://milled.com/neostrata/extended-30-off-sitewide-free-cleanser-QsVVc6lLcn_YWnFy.



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

53. Attached as **Exhibit 50** is a true and correct copy of the February 26, 2026 email cited in paragraph 113 of the Complaint, which has the subject line: "Today Only: 40% Off Any 3+ Items!" This email was published on Milled.com at https://milled.com/neostrata/today-only-40-off-any-3-items-uDDUZM0wak9oBNB6.

54. Attached as **Exhibit 51** is a true and correct copy of the February 26, 2026 email cited in paragraph 114 of the Complaint, which has the subject line: "Final Hours: 40% Off Any 3+ Items." This email was published on Milled.com at https://milled.com/exuviance/final-hours-40-off-any-3-items-Rw-HuIc9DpF3ewLU.

55. Attached as **Exhibit 52** is a true and correct copy of the February 27, 2026 email cited in paragraph 115 of the Complaint, which has the subject line: "EXTENDED! 40% Off Any 3+ Items." This email was published on Milled.com at https://milled.com/neostrata/extended-40-off-any-3-items-BXhAb6QyMoQOaoRX.

56. Attached as **Exhibit 53** is a true and correct copy of the March 10, 2026 email cited in paragraph 117 of the Complaint, which has the subject line: "Ends Tonight! FREE Full-Size Peel, On Us." This email was published on Milled.com at https://milled.com/exuviance/ends-tonight-free-full-size-peel-on-us-ROK8Fw2CJfF4OVUv.

57. Attached as **Exhibit 54** is a true and correct copy of the March 11, 2026 email cited in paragraph 118 of the Complaint, which has the subject line: "Extended! FREE Full-Size Peel, On Us." This email was published on Milled.com at https://milled.com/neostrata/extended-free-full-size-peel-on-us-9Sqb-Typb5X3beSe.

58. Attached as **Exhibit 55** is a true and correct copy of the March 11, 2026 email cited in paragraph 119 of the Complaint, which has the subject line: "Ends Tonight! 40% Off Any 3+ Items." This email was published on Milled.com at https://milled.com/neostrata/ends-tonight-40-off-any-3-items-vwdQKhu6N9m-jgSQ.

59. Attached as **Exhibit 56** is a true and correct copy of the March 12, 2026 email cited in paragraph 120 of the Complaint, which has the subject line: "Extended! 40% Off Any 3+ Items."



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

This email was published on Milled.com at https://milled.com/neostrata/extended-40-off-any-3-items-4bvrK3Jm8tcy9sdJ.

60. Attached as **Exhibit 57** is a true and correct copy of the March 22, 2026 email cited in paragraph 121 of the Complaint, which has the subject line: "Last Chance! FREE SkinRise Morning Glow Pads." This email was published on Milled.com at https://milled.com/neostrata/last-chance-free-skinrise-morning-glow-pads-f3hQMvkJtDkssTVg.

61. Attached as **Exhibit 58** is a true and correct copy of the March 22, 2026 email cited in paragraph 122 of the Complaint, which has the subject line: "30% Off Sitewide Spring Savings Ends Tonight." This email was published on Milled.com at https://milled.com/exuviance/30-off-sitewide-spring-savings-ends-tonight-5HEnfZbJ5igEfaxy.

62. Attached as **Exhibit 59** is a true and correct copy of the March 23, 2026 email cited in paragraph 123 of the Complaint, which has the subject line: "Extended! 30% Off +FREE SkinRise Morning Glow." This email was published on Milled.com at https://milled.com/neostrata/extended-30-off-free-skinrise-morning-glow-xEtqNd-0jw5wMheE.

63. Attached as **Exhibit 60** is a true and correct copy of the April 4, 2026 email cited in paragraph 125 of the Complaint, which has the subject line: "Today Only: 50% Off Vitamin C Capsules." This email was published on Milled.com at https://milled.com/exuviance/today-only-50-off-vitamin-c-capsules-L1Vszw3oHA3_Skdc.

64. Attached as **Exhibit 61** is a true and correct copy of the April 5, 2026 email cited in paragraph 126 of the Complaint, which has the subject line: "One More Day for 50% Off!" This email was published on Milled.com at https://milled.com/neostrata/one-more-day-for-50-off-hyl6mu7sgiyjHDbX.

65. Attached as **Exhibit 62** is a true and correct copy of the April 19, 2026 email cited in paragraphs 127 and 144 of the Complaint, which has the subject line: "48 Hours Only: Buy One, Get One Free." This email was published on Milled.com at https://milled.com/neostrata/48-hours-only-buy-one-get-one-free-XiJIdYTAbpmpql71.



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

66. Attached as **Exhibit 63** is a true and correct copy of the April 20, 2026 email cited in paragraphs 128 and 145 of the Complaint, which has the subject line: "Our Offer Ends Tonight." This email was published on Milled.com at https://milled.com/neostrata/our-offer-ends-tonight-f7PIWTnvjRj5Dnfy.

67. Attached as **Exhibit 64** is a true and correct copy of the April 21, 2026 email cited in paragraph 129 of the Complaint, which has the subject line: "LAST CHANCE." This email was published on Milled.com at https://milled.com/neostrata/last-chance--RuBuUn1c7h7pW1P.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Executed on August 31, 2026 in Seattle, Washington

*s/ David Freeburg*
David Freeburg

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

Dated this 31st day of August, 2026.

*s/ Dave Freeburg*
Dave Freeburg



DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

# EXHIBIT 1

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**1-Day Only. 40% Off Sitewide + FREE Shipping!**

11/11 Is Your Lucky Day!

This email was sent

November 11, 2022 7:31am EST

Save Email

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

HOLIDAY GIFTS | BESTSELLERS | AGE REVERSE | OFFERS




# Bestsellers

SAVE 40% ON HOLIDAY SETS

Klarna.

SHOP NOW, PAY LATER

TERRACYCLE

RECYCLE WITH TERRACYCLE®

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

***Exclusively online. Enjoy 40% off full-price items. Offer expires November 12, 2022. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© NEOSTRATA COMPANY, INC. 2022

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

Harbor Freight
US · Dec 2, 2025




OUR BLACK FRIDAY DEALS ARE BACK!
We've Extended the Sale! Shop Now Thru Sunday, Dec. 7!

Harbor Freight
US · Dec 1, 2025




CYBER MONDAY – BLACK FRIDAY SALE Ends Today!
PLUS, LIQUIDATION SALE: Up to 73% Off – Inside the Store & Online!

Harbor Freight
US · Dec 3, 2024




BLACK FRIDAY DEALS ARE BACK!
HUGE DEALS EXTENDED! Shop Now thru Sunday, Dec. 8!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 2

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**FINAL HOURS For 40% Off!**

Indulge in Bestsellers and More!

This email was sent

November 11, 2022 7:30pm EST

Save Email

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

exuviance

HOLIDAY GIFTS | BESTSELLERS | AGE REVERSE | OFFERS




## Bestsellers

SAVE 40% ON HOLIDAY SETS

Klarna.
SHOP NOW, PAY LATER

TERRACYCLE
RECYCLE WITH TERRACYCLE®

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

***Exclusively online. Enjoy 40% off full-price items. Offer expires November 12, 2022. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© NEOSTRATA COMPANY, INC. 2022

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 11, 2022




**1-Day Only. 40% Off Sitewide + FREE Shipping!**

11/11 Is Your Lucky Day!

Harbor Freight
US · Dec 2, 2025




**OUR BLACK FRIDAY DEALS ARE BACK!**

We've Extended the Sale! Shop Now Thru Sunday, Dec. 7!

Harbor Freight
US · Dec 1, 2025




**CYBER MONDAY – BLACK FRIDAY SALE Ends Today!**

PLUS, LIQUIDATION SALE: Up to 73% Off – Inside the Store & Online!

# Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

### Brands

- All Brands
- Submit a Brand
- Add My Brand

### Company

- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 3

Milled

D

## NeoStrata

US · neostrata.com

**Last Chance for 40% OFF Sitewide!**

11/11 only happens once a year!

---

This email was sent

November 11, 2022 8:01pm EST

Save Email

Is this your brand on Milled? **Claim it**.

Mobile | **Desktop** | Text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

HOLIDAY GIFTS BESTSELLERS ANTIAGING DARK SPOTS




## What's Trending

SAVE 40% ON HOLIDAY GIFTS

Klarna.

BUY NOW, PAY LATER

SKINCARE QUIZ

THE NEOSTRATA DIFFERENCE

Instagram Facebook YouTube TikTok

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS
***Exclusively online. Enjoy 40% off full-price items. Offer expires November 12, 2022. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges..

Manage Preferences | Unsubscribe

**NEOSTRATA®**, 199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 11, 2022




**FINAL HOURS For 40% Off!**

Indulge in Bestsellers and More!

NeoStrata
US · Nov 11, 2022




**1-Day Only. 40% Off Sitewide + FREE Shipping!**

11/11 Is Your Lucky Day!

Harbor Freight
US · Dec 2, 2025




**OUR BLACK FRIDAY DEALS ARE BACK!**

We've Extended the Sale! Shop Now Thru Sunday, Dec. 7!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 4

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Just Your Luck! Another Day to Shop the 11/11 Sale.**

40% Off Sitewide + Free Shipping Continues!

This email was sent

November 12, 2022 7:31am EST

Save Email

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance®

HOLIDAY GIFTS | BESTSELLERS | AGE REVERSE | OFFERS




## Bestsellers

SAVE 40% ON HOLIDAY SETS

Klarna.

SHOP NOW, PAY LATER

TERRACYCLE

RECYCLE WITH TERRACYCLE®

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

***Exclusively online. Enjoy 40% off full-price items. Offer expires November 12, 2022. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© NEOSTRATA COMPANY, INC. 2022

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 11, 2022




**FINAL HOURS For 40% Off!**

Indulge in Bestsellers and More!

NeoStrata
US · Nov 11, 2022




**1-Day Only. 40% Off Sitewide + FREE Shipping!**

11/11 Is Your Lucky Day!

Harbor Freight
US · Dec 2, 2025




**OUR BLACK FRIDAY DEALS ARE BACK!**

We've Extended the Sale! Shop Now Thru Sunday, Dec. 7!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

**Brands**

- All Brands
- Submit a Brand
- Add My Brand

**Company**

- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 5

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**BACK FOR 1 DAY ONLY! 40% Off Sitewide!!!**

ANYTHING. YOU. WANT.

This email was sent

December 15, 2022 7:32am EST

Save Email

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

HOLIDAY GIFTS BESTSELLERS AGE REVERSE SKIN QUIZ




## GET YOUR GIFTS ON TIME!

| Standard Shipping | 2nd Day Air | Overnight Shipping |
|---|---|---|
| 12/16 | 12/22 | 12/23 |
| Order by 12PM ET | Order by 12PM ET | Order by 12PM ET |

SHOP GIFTS




SAVE 40% ON HOLIDAY SETS

Klarna.

SHOP NOW, PAY LATER

TERRACYCLE

RECYCLE WITH TERRACYCLE®

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

Exclusively online. Enjoy 40% off sitewide and free standard shipping with any purchase. Offer valid December 15, 2022. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions, including value gift sets. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© NEOSTRATA COMPANY, INC. 2022

199 Grandview Road, Skillman, NJ 08558

View in your browser

Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**
Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**
Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**
See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 11, 2022




**FINAL HOURS For 40% Off!**

Indulge in Bestsellers and More!

NeoStrata
US · Nov 11, 2022




**1-Day Only. 40% Off Sitewide + FREE Shipping!**

11/11 Is Your Lucky Day!

Harbor Freight
US · Dec 2, 2025




**OUR BLACK FRIDAY DEALS ARE BACK!**

We've Extended the Sale! Shop Now Thru Sunday, Dec. 7!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

### Brands

- All Brands
- Submit a Brand
- Add My Brand

### Company

- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 6

Milled

D

exuviance

NeoStrata

US · neostrata.com

**LAST CALL: 40% Off Sitewide Is Almost Over**

Don't Miss Out On Your Last Chance To Indulge

This email was sent

December 15, 2022 7:31pm EST

Save Email

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

HOLIDAY GIFTS BESTSELLERS AGE REVERSE SKIN QUIZ






NOT SURE WHERE TO START?

Take our skincare quiz to discover your personalized regimen.

TAKE QUIZ



SAVE 40% ON HOLIDAY SETS

Klarna.

SHOP NOW, PAY LATER

TERRACYCLE

RECYCLE WITH TERRACYCLE®

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

Exclusively online. Enjoy 40% off sitewide and free standard shipping with any purchase. Offer valid December 15, 2022. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions, including value gift sets. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© NEOSTRATA COMPANY, INC. 2022

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**
Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**
Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**
See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Dec 15, 2022




**BACK FOR 1 DAY ONLY! 40% Off Sitewide!!!**

ANYTHING. YOU. WANT.

NeoStrata
US · Nov 12, 2022




**Just Your Luck! Another Day to Shop the 11/11 Sale.**

40% Off Sitewide + Free Shipping Continues!

NeoStrata
US · Nov 11, 2022




**Last Chance for 40% OFF Sitewide!**

11/11 only happens once a year!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 7

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**One Final Thrill: Buy One, Get One FREE**

We Saved The Best For Last!

This email was sent

December 15, 2022 8:03am EST

Save Email

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

HOLIDAY GIFTS | BESTSELLERS | ANTIAGING | DARK SPOTS

**FREE SHIPPING WITH ANY PURCHASE!**
**THRU 12/22**

# 4 Days of Thrills!

A new surprise each day!

**SHOP NOW**




## GET YOUR GIFTS ON TIME!

| Standard Shipping | 2nd Day Air | Overnight Shipping |
|---|---|---|
| 12/16 | 12/22 | 12/23 |
| Order by 12PM ET | Order by 12PM ET | Order by 12PM ET |

**SHOP NOW**

# Trending Now

SAVE 40% ON HOLIDAY GIFTS

Klarna.

BUY NOW, PAY LATER

SKINCARE QUIZ

THE NEOSTRATA DIFFERENCE

Instagram Facebook YouTube TikTok

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS
Exclusively online. Buy one product, get one free sitewide. Item of lesser value will be free. No offer code required. Offer valid December 15, 2022. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**NEOSTRATA®**, 199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Dec 15, 2022




**BACK FOR 1 DAY ONLY! 40% Off Sitewide!!!**

ANYTHING. YOU. WANT.

NeoStrata
US · Nov 12, 2022




**Just Your Luck! Another Day to Shop the 11/11 Sale.**

40% Off Sitewide + Free Shipping Continues!

NeoStrata
US · Nov 11, 2022




**Last Chance for 40% OFF Sitewide!**

11/11 only happens once a year!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 8

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Going, Going, BOGO Sale is Almost Gone!**

Final Hours! 4 Days of Thrills

This email was sent

December 15, 2022 8:01pm EST

Save Email

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

HOLIDAY GIFTS | BESTSELLERS | ANTIAGING | DARK SPOTS

FREE SHIPPING WITH ANY PURCHASE!
THRU 12/22




GET YOUR GIFTS ON TIME!

| Standard Shipping | 2nd Day Air | Overnight Shipping |
| --- | --- | --- |
| 12/16 | 12/22 | 12/23 |
| Order by 12PM ET | Order by 12PM ET | Order by 12PM ET |

SHOP NOW

# Trending Now



SAVE 40% ON HOLIDAY GIFTS

Klarna.

BUY NOW, PAY LATER



SKINCARE QUIZ



THE NEOSTRATA DIFFERENCE

Instagram Facebook YouTube TikTok

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS
Exclusively online. Buy one product, get one free sitewide. Item of lesser value will be free. No offer code required. Offer valid December 15, 2022. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**NEOSTRATA®**, 199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Dec 15, 2022




**One Final Thrill: Buy One, Get One FREE**

We Saved The Best For Last!

NeoStrata
US · Dec 15, 2022




**LAST CALL: 40% Off Sitewide Is Almost Over**

Don't Miss Out On Your Last Chance To Indulge

NeoStrata
US · Dec 15, 2022




**BACK FOR 1 DAY ONLY! 40% Off Sitewide!!!**

ANYTHING. YOU. WANT.

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 9

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**In Case You Missed It! | 40% OFF Sitewide Is Extended!**

Hurry, ENDS TONIGHT!

This email was sent

December 16, 2022 7:31am EST

Save Email

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

HOLIDAY GIFTS | BESTSELLERS | AGE REVERSE | SKIN QUIZ

FREE SHIPPING WITH ANY PURCHASE!
THRU 12/22




**GET YOUR GIFTS ON TIME!**

| Standard Shipping | 2nd Day Air | Overnight Shipping |
| --- | --- | --- |
| 12/16 | 12/22 | 12/23 |
| Order by 12PM ET | Order by 12PM ET | Order by 12PM ET |

SHOP GIFTS

NOT SURE WHERE TO START?

Take our skincare quiz to discover your personalized regimen.

TAKE QUIZ



SAVE 40% ON HOLIDAY SETS

Klarna.

SHOP NOW, PAY LATER

TERRACYCLE

RECYCLE WITH TERRACYCLE®

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS | MY ACCOUNT | SPECIAL OFFERS | CONTACT US

Exclusively online. Enjoy 40% off sitewide and free standard shipping with any purchase. Offer valid December 16, 2022. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions, including value gift sets. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© NEOSTRATA COMPANY, INC. 2022

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Dec 15, 2022

NEOSTRATA
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

HOLIDAY GIFTS BESTSELLERS ANTIAGING DARK SPOTS




**One Final Thrill: Buy One, Get One FREE**

We Saved The Best For Last!

NeoStrata
US · Dec 15, 2022

exuviance

HOLIDAY GIFTS BESTSELLERS AGE REVERSE SKIN QUIZ




**LAST CALL: 40% Off Sitewide Is Almost Over**

Don't Miss Out On Your Last Chance To Indulge

NeoStrata
US · Dec 15, 2022

exuviance

HOLIDAY GIFTS BESTSELLERS AGE REVERSE SKIN QUIZ




**BACK FOR 1 DAY ONLY! 40% Off Sitewide!!!**

ANYTHING. YOU. WANT.

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 10

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Extended! Buy One Get One FREE!**

One Last THRILL Just For You

This email was sent

December 16, 2022 8:03am EST

Save Email

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

HOLIDAY GIFTS BESTSELLERS ANTIAGING DARK SPOTS

FREE SHIPPING WITH ANY PURCHASE!
THRU 12/22

# 4 Days of Thrills!

A new surprise each day!

SHOP NOW




GET YOUR GIFTS ON TIME!

| Standard Shipping | 2nd Day Air | Overnight Shipping |
| --- | --- | --- |
| 12/16 | 12/22 | 12/23 |
| Order by 12PM ET | Order by 12PM ET | Order by 12PM ET |

SHOP NOW

Trending Now

Trending Now

SAVE 40% ON HOLIDAY GIFTS

Klarna.

BUY NOW, PAY LATER

SKINCARE QUIZ

THE NEOSTRATA DIFFERENCE

Instagram Facebook YouTube TikTok

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS
Exclusively online. Buy one product, get one free sitewide. Item of lesser value will be free. No offer code required. Offer valid December 16, 2022. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**NEOSTRATA®**, 199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Dec 16, 2022




**In Case You Missed It! | 40% OFF Sitewide Is Extended!**

Hurry, ENDS TONIGHT!

NeoStrata
US · Dec 15, 2022




**Going, Going, BOGO Sale is Almost Gone!**

Final Hours! 4 Days of Thrills

NeoStrata
US · Dec 15, 2022




**One Final Thrill: Buy One, Get One FREE**

We Saved The Best For Last!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 11

Milled

D

exuviance

NeoStrata

US · neostrata.com

50% OFF SETS. TODAY ONLY!

HAPPY 4TH OF JULY!

This email was sent

July 4, 2023 8:02am EDT

Save Email

Is this your brand on Milled? Claim it.

Mobile Desktop Text

NeoStrata: 🔥 50% OFF SETS: TODAY ONLY! 🔥 | Milled

NEOSTRATA®

THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING DARK SPOTS OFFERS

## HAPPY 4TH OF JULY

TODAY ONLY!

# 50% OFF SETS

SHOP ALL SETS




PERSONALIZE YOUR REGIMEN

SIGN UP FOR TEXTS

SKINCARE TIPS

THE NEOSTRATA DIFFERENCE

Instagram Facebook YouTube TikTok

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS
Exclusively online. Enjoy 50% off gift sets. No offer code needed. Offer expires July 05, 2023. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**NEOSTRATA®**

© Johnson & Johnson Consumer Inc. 2023

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**
Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**
Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**
See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Dec 16, 2022




**Extended! Buy One Get One FREE!**
One Last THRILL Just For You

NeoStrata
US · Dec 16, 2022




**In Case You Missed It! | 40% OFF Sitewide Is Extended!**
Hurry, ENDS TONIGHT!

NeoStrata
US · Dec 15, 2022




**Going, Going, BOGO Sale is Almost Gone!**
Final Hours! 4 Days of Thrills

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

### Brands

- All Brands
- Submit a Brand
- Add My Brand

### Company

- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 12

Milled

D

## NeoStrata

US · neostrata.com

**Extended! Power Up With 50% Off Sets**

Better Together: Full-Sizes Faves

This email was sent

July 5, 2023 8:01am EDT

Save Email

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

# NEOSTRATA®

THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING DARK SPOTS OFFERS

HAPPY 4TH OF JULY

TODAY ONLY!

# 50% OFF SETS

SHOP ALL SETS

## POWER PARTNERS

Two treatments are better than one.
Save big on these potent duos, today only!

SHOP DUOS

## FOR FINE LINES & WRINKLES

**Matrix Support SPF 30** **Cellular Restoration**




WAS ~~$161~~
**NOW $80.50**

SHOP DUO

## FOR MORE EVEN TONE

**Comprehensive Retinol Eye Cream** **Comprehensive Retinol 0.3% Night Serum**




WAS ~~$132~~
**NOW $66**

**SHOP DUO**

# FOR BRIGHTENING

**15% Vitamin C + PHA Serum**

**Illuminating Serum**




WAS ~~$137~~
**NOW $68.50**

**SHOP DUO**

PERSONALIZE YOUR REGIMEN

SIGN UP FOR TEXTS

SKINCARE TIPS

THE NEOSTRATA DIFFERENCE

Instagram Facebook YouTube TikTok

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS
Exclusively online. Enjoy 50% off gift sets. No offer code needed. Offer expires July 05, 2023. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

NEOSTRATA®

© Johnson & Johnson Consumer Inc. 2023

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Jul 4, 2023




**50% OFF SETS. TODAY ONLY!**
HAPPY 4TH OF JULY!

NeoStrata
US · Dec 16, 2022




**Extended! Buy One Get One FREE!**
One Last THRILL Just For You

NeoStrata
US · Dec 16, 2022




**In Case You Missed It! | 40% OFF Sitewide Is Extended!**
Hurry, ENDS TONIGHT!

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 13

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**LAST CALL: 60% Off! Shop our Exclusive Cyber Monday Set!**

PLUS 40% OFF SITEWIDE

This email was sent

November 27, 2023 7:30pm EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

BESTSELLERS AGE REVERSE OFFERS

LAST CHANCE!

# 60% OFF

## BLOCKBUSTER SET

SHOP NOW

3 award-winning products in 1 incredible gift!



Featuring full sizes of:

Pure Retinol Correcting Peel | Radiance Serum | Triple Microdermabrasion Face Polish

SHOP NOW

# 40% OFF IS STILL ON!

+ Free Shipping

SHOP NOW

## FREE FULL-SIZE MOISTURIZER!

Receive a FREE Overnight Transformation Complex on orders $100+.

SHOP NOW



PERSONALIZE YOUR REGIMEN

SIGN UP FOR TEXTS

TERRACYCLE

RECYCLE YOUR PACKAGING

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS | MY ACCOUNT | SPECIAL OFFERS | CONTACT US

TERMS & CONDITIONS

Exclusively online. Cyber Monday Blockbuster Set exclusive 60% off MSRP. No minimum purchase required. No offer coded needed. Offer expires November 28, 2023 only. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Exclusively online. Enjoy a free full-size Overnight Transformation Complex with any purchase of $100 or more. No offer coded needed. Offer expires November 28, 2023. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges may apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Exclusively online. Enjoy 40% off and free standard shipping sitewide. No offer coded needed. Offer expires November 28, 2023. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges may apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© Johnson & Johnson Consumer Inc. 2023

199 Grandview Road, Skillman, NJ 08558

View in your browser

Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**
Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**
Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**
See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Jul 5, 2023




**Extended! Power Up With 50% Off Sets**
Better Together: Full-Sizes Faves

NeoStrata
US · Jul 4, 2023




**⚡ 50% OFF SETS. TODAY ONLY! ⚡**
HAPPY 4TH OF JULY!

NeoStrata
US · Dec 16, 2022




**Extended! Buy One Get One FREE!**
One Last THRILL Just For You

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 14

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Selling Fast! 60% Off All Sets**

PLUS 40% OFF SITEWIDE ENDS TONIGHT!

This email was sent

November 27, 2023 8:01pm EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS | ANTIAGING | DARK SPOTS | OFFERS

GOING FAST! CYBER MONDAY STEAL

# 60% Off All Sets

Grab them now before they're gone!

**SHOP NOW**

24 HOURS ONLY!






CYBER WEEK

40%


OFF
SITEWIDE
+ FREE SHIPPING
SHOP NOW


NEOSTRATA
RESURFACE
Problem Dry Skin Cream
NEOSTRATA
RESURFACE
Lotion Plus
200 mL/6.8 FL OZ
NEOSTRATA
RESTORE
Bionic Face Cream
Choose a FREE
full-size moisturizer
on orders $100+.
SHOP NOW


Unwrap More Deals!
Sets. Savings. Splendor.




PERSONALIZE YOUR REGIMEN

SIGN UP FOR TEXTS

SKINCARE TIPS

THE NEOSTRATA DIFFERENCE

ORDER STATUS | MY ACCOUNT | SPECIAL OFFERS | CONTACT US

TERMS & CONDITIONS

Exclusively online. 60% off Gift/Value Sets. No offer code needed. Offer expires November 28th, 2023. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Exclusively online. Enjoy 40% off and free standard shipping sitewide. No offer coded needed. Offer expires November 28, 2023. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Exclusively online. Select one free full-size moisturizer with any purchase of $100 or more. Offer available only on select moisturizers. No offer coded needed. Offer expires November 28, 2023. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**NEOSTRATA®**

© Johnson & Johnson Consumer Inc. 2023

199 Grandview Road, Skillman, NJ 08558

View in your browser

Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Jul 5, 2023




**Extended! Power Up With 50% Off Sets**

Better Together: Full-Sizes Faves

NeoStrata
US · Jul 4, 2023




**50% OFF SETS. TODAY ONLY!**

HAPPY 4TH OF JULY!

NeoStrata
US · Dec 16, 2022




**Extended! Buy One Get One FREE!**

One Last THRILL Just For You

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 15

Milled

exuviance

NeoStrata

US · neostrata.com

ONE. MORE. DAY. 60% OFF CYBER MONDAY SET EXTENDED!

Plus, LAST CHANCE for 40% Off Sitewide!

This email was sent

November 28, 2023 7:30am EST

Save Email

Download

Is this your brand on Milled? Claim it.

Mobile Desktop Text

exuviance®

BESTSELLERS | AGE REVERSE | OFFERS

# EXTENDED!

# 60% OFF

## BLOCKBUSTER SET

SHOP NOW

3 award-winning products in 1 incredible gift!




Featuring full sizes of:
Pure Retinol Correcting Peel
Radiance Serum
Triple Microdermabrasion Face Polish
SHOP NOW
40% OFF
IS STILL ON!
+ Free Shipping
SHOP NOW
FREE FULL-SIZE MOISTURIZER!
Receive a FREE Overnight Transformation Complex on orders $100+.
SHOP NOW
exuviance
sensitive dry
OVERNIGHT TRANSFORMATION COMPLEX

PERSONALIZE YOUR REGIMEN

SIGN UP FOR TEXTS

TERRACYCLE

RECYCLE YOUR PACKAGING

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS | MY ACCOUNT | SPECIAL OFFERS | CONTACT US

TERMS & CONDITIONS

Exclusively online. Cyber Monday Blockbuster Set exclusive 60% off MSRP. No minimum purchase required. No offer coded needed. Offer expires November 28, 2023 only. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Exclusively online. Enjoy a free full-size Overnight Transformation Complex with any purchase of $100 or more. No offer coded needed. Offer expires November 28, 2023. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges may apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Exclusively online. Enjoy 40% off and free standard shipping sitewide. No offer coded needed. Offer expires November 28, 2023. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges may apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© Johnson & Johnson Consumer Inc. 2023

199 Grandview Road, Skillman, NJ 08558

View in your browser

Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**
Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**
Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**
See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 27, 2023




**Selling Fast! 60% Off All Sets**

PLUS 40% OFF SITEWIDE ENDS TONIGHT!

NeoStrata
US · Nov 27, 2023




**LAST CALL: 60% Off! Shop our Exclusive Cyber Monday Set!**

PLUS 40% OFF SITEWIDE

NeoStrata
US · Jul 5, 2023




**Extended! Power Up With 50% Off Sets**

Better Together: Full-Sizes Faves

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

### Brands

- All Brands
- Submit a Brand
- Add My Brand

### Company

- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 16

Milled

D

NeoStrata

US · neostrata.com

LAST CALL! 4 Days of Festivities Ends Tonight!

Shop 50% Off Winter Faves!

This email was sent

December 13, 2023 7:30pm EST

Save Email

Download

Is this your brand on Milled? Claim it.

Mobile Desktop Text

exuviance

BESTSELLERS AGE REVERSE OFFERS






## GET YOUR GIFTS ON TIME

| Standard Shipping | 2nd Day Air | Overnight Shipping |
|---|---|---|
| 12/15 | 12/21 | 12/22 |
| Order by 12PM ET | Order by 12PM ET | Order by 12PM ET |

SHOP GIFTS





PERSONALIZE YOUR REGIMEN

SIGN UP FOR TEXTS

TERRACYCLE

RECYCLE YOUR PACKAGING

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. Enjoy 50% off select products. No offer code needed. Exclusions apply. Offer valid thru December 14, 2023 only. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions, including value gift sets. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© Johnson & Johnson Consumer Inc. 2023

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 27, 2023




Selling Fast! 60% Off All Sets

PLUS 40% OFF SITEWIDE ENDS TONIGHT!

NeoStrata
US · Nov 27, 2023




LAST CALL: 60% Off! Shop our Exclusive Cyber Monday Set!

PLUS 40% OFF SITEWIDE

NeoStrata
US · Jul 5, 2023




Extended! Power Up With 50% Off Sets

Better Together: Full-Sizes Faves

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 17

Milled

exuviance

## NeoStrata

US · neostrata.com

**⚠️ EXTENDED! 50% Off Winter Faves ⚠️**

Elevate How You Hydrate!

This email was sent

December 14, 2023 7:30am EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance®

BESTSELLERS AGE REVERSE OFFERS

EXTENDED!






## GET YOUR GIFTS ON TIME

| Standard Shipping | 2nd Day Air | Overnight Shipping |
|---|---|---|
| **12/15** | **12/21** | **12/22** |
| Order by 12PM ET | Order by 12PM ET | Order by 12PM ET |

**SHOP GIFTS**



PERSONALIZE YOUR REGIMEN




SIGN UP FOR TEXTS

TERRACYCLE

RECYCLE YOUR PACKAGING



THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. Enjoy 50% off select products. No offer code needed. Exclusions apply. Offer valid thru December 14, 2023 only. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions, including value gift sets. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© Johnson & Johnson Consumer Inc. 2023

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 27, 2023




**Selling Fast! 60% Off All Sets**

PLUS 40% OFF SITEWIDE ENDS TONIGHT!

NeoStrata
US · Nov 27, 2023




**LAST CALL: 60% Off! Shop our Exclusive Cyber Monday Set!**

PLUS 40% OFF SITEWIDE

NeoStrata
US · Jul 5, 2023




**Extended! Power Up With 50% Off Sets**

Better Together: Full-Sizes Faves

# Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 18

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**40% Off Any 3+ Items!**

4 Days of Deals ENDS TONIGHT!

This email was sent

February 28, 2024 7:30am EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

BESTSELLERS AGE REVERSE OFFERS




## What's Trending




AGE REVERSE + Rebuild-5 Cream




Overnight Transformation Complex




Triple Microdermabrasion Face Polish

$57.60
~~$96~~

SHOP NOW

$33
~~$55~~

SHOP NOW

$46.80
~~$78~~

SHOP NOW

## Don't Miss This Last Deal!

Su
02/25

40% Off
Spring Favorites

M
02/26

40% Off
Must-Have Moisturizers

Tu
02/27

40% Off
Influencer Picks

W
02/28

40% Off
Choose Any 3

SHOP NOW

NOT SURE WHERE TO START?

Take our quick quiz to discover your personalized regimen.

START QUIZ



PERSONALIZE YOUR REGIMEN

SIGN UP FOR TEXTS

TERRACYCLE

RECYCLE YOUR PACKAGING

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. Enjoy 40% off any 3 products or more. Offer excludes gift/value sets. Offer ends February 29, 2024 only. Offer code may only be used one time and is non-transferable. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions, including value gift sets. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© Johnson & Johnson Consumer Inc. 2024

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners 🏆**

Score These A-List Faves

NeoStrata
US · Feb 29, 2024




**Surprise Extension! 40% Off Any 3+ Items**

Your Last Chance to Save Big!

NeoStrata
US · Feb 28, 2024




**Last Chance! 40% Off Any 3+ Items**

Going, Going, 4 Days of Deals is Almost Gone.

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 19

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Last Chance! 40% Off Any 3+ Items**

Going, Going, 4 Days of Deals is Almost Gone.

---

This email was sent

February 28, 2024 7:30pm EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

exuviance

BESTSELLERS | AGE REVERSE | OFFERS




## What's Trending




AGE REVERSE + Rebuild-5 Cream




Overnight Transformation Complex




Triple Microdermabrasion Face Polish

| | | |
|---|---|---|
| $57.60 | $33 | $46.80 |
| ~~$96~~ | ~~$55~~ | ~~$78~~ |
| SHOP NOW | SHOP NOW | SHOP NOW |

## Don't Miss This Last Deal!

Su
02/25

40% Off
Spring Favorites

M
02/26

40% Off
Must-Have Moisturizers

Tu
02/27

40% Off
Influencer Picks

W
02/28

40% Off
Choose Any 3

SHOP NOW

NOT SURE WHERE TO START?

Take our quick quiz to discover your personalized regimen.

START QUIZ



PERSONALIZE YOUR REGIMEN

SIGN UP FOR TEXTS

RECYCLE YOUR PACKAGING

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. Enjoy 40% off any 3 products or more. Offer excludes gift/value sets. Offer ends February 29, 2024 only. Offer code may only be used one time and is non-transferable. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions, including value gift sets. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Manage Preferences | Unsubscribe

**Exuviance**

© Johnson & Johnson Consumer Inc. 2024

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners 🏆**

Score These A-List Faves

NeoStrata
US · Feb 29, 2024




**Surprise Extension! 40% Off Any 3+ Items**

Your Last Chance to Save Big!

NeoStrata
US · Feb 28, 2024




**40% Off Any 3+ Items!**

4 Days of Deals ENDS TONIGHT!

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›
- Terms
- Cookies
- Disclaimer
- DMCA Policy
- DMCA Request

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 20

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Surprise Extension! 40% Off Any 3+ Items**

Your Last Chance to Save Big!

---

This email was sent

February 29, 2024 7:30am EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

BESTSELLERS | AGE REVERSE | OFFERS




## What's Trending



AGE REVERSE
Toning Neck Cream

$53.40
~~$89~~



AGE REVERSE
Hydrafirm

$55.20
~~$92~~



A.G.E.
Less Everyday

$33
~~$55~~

SHOP NOW SHOP NOW SHOP NOW

NOT SURE WHERE TO START?

Take our quick quiz to discover your personalized regimen.

START QUIZ



PERSONALIZE YOUR REGIMEN

SIGN UP FOR TEXTS

TERRACYCLE

RECYCLE YOUR PACKAGING

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. Enjoy 40% off any 3 products or more. Offer excludes gift/value sets. Offer ends February 29, 2024 only. Offer code may only be used one time and is non-transferable. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions, including value gift sets. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges

Manage Preferences | Unsubscribe

**Exuviance**

© Johnson & Johnson Consumer Inc. 2024

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Feb 28, 2024




**Last Chance! 40% Off Any 3+ Items**

Going, Going, 4 Days of Deals is Almost Gone.

NeoStrata
US · Feb 28, 2024




**40% Off Any 3+ Items!**

4 Days of Deals ENDS TONIGHT!

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners 🏆**

Score These A-List Faves

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 21

NeoStrata · US · neostrata.com · Following

Mar 2, 2025 · 7:40 AM EST

**Flash Sale! 🏆 25% Off Award-Winners**

Top Picks on Sale, 24 Hours Only!

exuviance®

BESTSELLERS | AGE REVERSE | OFFERS



Uncovers smooth, radiant skin
with a 25% AHA/PHA blend.

Shop Performance Peel AP25




**FOR INSTANT SKIN RESURFACING**

This triple-action formula of pure professional grade crystals, Glycolic Acid and Papaya Enzyme smooths skin and refines the appearance of pores.

Shop Triple Microdermabrasion Face Polish




**FOR GENTLE DAILY EXFOLIATION**

Exfoliates with gentle PHAs, while
a daily dose of antioxidants
protects your skin.

Shop Gentle Daily Exfoliating Pads






**FOR DARK SPOTS**

Used at night, this potent peel exfoliates and resurfaces skin texture, revealing a smooth, bright complexion.

Shop Pure Retinol Correcting Peel




**FOR ROUGH FEET & HEELS**

A 20% AHA/PHA blend exfoliates dry, rough, scaly skin while Vitamin E & rich emollients smooth and moisturize.

Shop Exfoliating & Conditioning Foot Balm

PERSONALIZE YOUR REGIMEN

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 25% off select individual product. No offer code needed. Offer expires March 2, 2025. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

199 Grandview Road, Skillman, NJ 08558

View in your browser

# EXHIBIT 22

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Last Call! 25% Off Award-Winners 🏆**

Score These A-List Faves

This email was sent

March 2, 2025 8:09pm EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING DARK SPOTS OFFERS

TODAY ONLY!

# 25% OFF AWARD-WINNERS

Get red carpet ready skin with these A-list favorites.

## BEST SUPPORTING NECK CREAM




**Triple Firming Neck Cream**

Firms and tones the look of sagging skin on the neck & décolletage for a smoother, tighter look.

**SHOP NOW**

# BRIGHTENING SUPERSTAR




**15% Vitamin C + PHA Serum**

Gently exfoliates to allow pure Vitamin C to absorb into fresh layers of skin.

**SHOP NOW**

# BEST IN GLOW



**Foaming Glycolic Wash**

Formulated to retexture skin's surface for more even, glowing skin.

**SHOP NOW**

# VIP
# RETINOL




**Potent Retinol Complex**

All the potent antiaging benefits you love from Retinol, while helping minimize irritation.

**SHOP NOW**

# BEST
# HYDRATOR






## Hyaluronic Luminous Lift

Delivers not one, but three sizes of Hyaluronic Acid to skin for plumping moisture.

SHOP NOW

SKINCARE TIPS

THE NEOSTRATA DIFFERENCE

ORDER STATUS | MY ACCOUNT | SPECIAL OFFERS | CONTACT US

TERMS & CONDITIONS

Exclusively online. 25% off select products. No offer code required. Offer expires March 3, 2025. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

© 2025, NEOSTRATA COMPANY, INC. 2025

199 Grandview Road, Skillman, NJ 08558

View in your browser

Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Feb 28, 2024




**Last Chance! 40% Off Any 3+ Items**
Going, Going, 4 Days of Deals is Almost Gone.

NeoStrata
US · Feb 28, 2024




**40% Off Any 3+ Items!**
4 Days of Deals ENDS TONIGHT!

NeoStrata
US · Feb 29, 2024




**Surprise Extension! 40% Off Any 3+ Items**
Your Last Chance to Save Big!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**
- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

**Brands**
- All Brands
- Submit a Brand
- Add My Brand

**Company**
- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 23

Milled

D

exuviance

NeoStrata

US · neostrata.com

**Extended! 25% Off For Red-Carpet Ready Skin**

About Last Night...

This email was sent

March 3, 2025 9:10am EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

# NEOSTRATA®

THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING DARK SPOTS OFFERS

## SURPRISE EXTENSION

TODAY ONLY!

# 25% OFF AWARD-WINNERS

Get red carpet ready skin with these A-list favorites.




## Not Sure Which Way to Glow?

Take our quick quiz to discover your curated regimen.





START QUIZ

FREE SHIPPING + 3 FREE SAMPLES

on orders over $75

SHOP NOW

SKINCARE TIPS

THE NEOSTRATA DIFFERENCE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 25% off select products. No offer code required. Offer expires March 3, 2025. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

© 2025, NEOSTRATA COMPANY, INC. 2025

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Feb 28, 2024




**Last Chance! 40% Off Any 3+ Items**

Going, Going, 4 Days of Deals is Almost Gone.

NeoStrata
US · Feb 28, 2024




**40% Off Any 3+ Items!**

4 Days of Deals ENDS TONIGHT!

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners 🏆**

Score These A-List Faves

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 24

Milled

D

exuviance

# NeoStrata

US · neostrata.com

**Ends Tonight! 25% Off Night Treatments**

Sleep Tight & Let Your Skin Spring Forward

This email was sent

March 9, 2025 8:09pm EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance®

BESTSELLERS AGE REVERSE OFFERS

# FINAL HOURS




## Revitalizes Skin While You Sleep




**Overnight Transformation Complex**

**Now $41.25** ~~Was $55~~

SHOP NOW

## For Visibly Tighter, More Lifted Skin

**AGE REVERSE + Rebuild-5 Cream**

**Now $72** ~~Was $96~~

SHOP NOW




For Instant Resurfacing Results




**Triple Microdermabrasion Face Polish**

**Now $58.50** ~~Was $78~~

SHOP NOW

**SHOP ALL NIGHT TREATMENTS**

# FREE SHIPPING +
3 free samples on orders $50+

**SHOP NOW**



PERSONALIZE YOUR REGIMEN



THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 25% off select individual products. No offer code needed. Offer expires March 10, 2025. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Feb 28, 2024




**Last Chance! 40% Off Any 3+ Items**

Going, Going, 4 Days of Deals is Almost Gone.

NeoStrata
US · Feb 28, 2024




**40% Off Any 3+ Items!**

4 Days of Deals ENDS TONIGHT!

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners 🏆**

Score These A-List Faves

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 25

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Extended! 25% Off Night Treatments**

LAST CHANCE!

This email was sent

March 10, 2025 7:45am EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance®

BESTSELLERS | AGE REVERSE | OFFERS

# EXTENDED!
# DAYLIGHT SAVINGS FLASH SALE




## SHOP WHAT'S TRENDING




CitraFirm
FACE Oill

Shop Now




Performance
Peel AP25

Shop Now




Glycolic Expert Moisturizer

Shop Now




AGE REVERSE+ Hydrafirm

Shop Now

# FREE SHIPPING +

3 free samples on orders $50+

SHOP NOW

NEED MORE SKINSPIRATION?

Take our quick quiz to find the right regimen for you.

START QUIZ



PERSONALIZE YOUR REGIMEN

THE EXUVIANCE STORY

Instagram Facebook YouTube

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 25% off select individual products. No offer code needed. Offer expires March 10, 2025. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

## Recently viewed emails

See All

NeoStrata
US · Feb 28, 2024




**Last Chance! 40% Off Any 3+ Items**

Going, Going, 4 Days of Deals is Almost Gone.

NeoStrata
US · Feb 28, 2024




**40% Off Any 3+ Items!**

4 Days of Deals ENDS TONIGHT!

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners 🏆**

Score These A-List Faves

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

**Brands**

- All Brands
- Submit a Brand
- Add My Brand

**Company**

- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 26

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Ends Tonight! 40% Off Any 3+ Items**

Triple Firming Neck Cream is Back in Stock!!!

This email was sent

March 26, 2025 8:09pm EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

# NEOSTRATA®

THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING DARK SPOTS OFFERS

4 DAYS OF DEALS

## Today Only!

# 40% OFF

## Any 3 products or More

SHOP NOW

Use Code: 40OFF



## Save Big on Sets




Get Lifted Skin Active Duo

$186

SHOP NOW




Enlighten Day & Night Duo

$143

SHOP NOW




Skin Active Face & Eye Duo

$194

SHOP NOW




Peel Expert Set

$226.50

SHOP NOW

## Not Sure Which Way to Glow?

Take our quick quiz to discover your curated regimen.

START QUIZ



SKINCARE TIPS

THE NEOSTRATA DIFFERENCE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% off select individual products with code 40OFF. Offer expires March 27, 2025. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

© 2025, NEOSTRATA COMPANY, INC. 2025

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners 🏆**

Score These A-List Faves

NeoStrata
US · Mar 10, 2025




**Extended! 25% Off Night Treatments**

LAST CHANCE!

NeoStrata
US · Mar 9, 2025




**Ends Tonight! 25% Off Night Treatments**

Sleep Tight & Let Your Skin Spring Forward

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 27

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Surprise Extension! 40% Off Any 3+ Items**

Going, Going, 4 Days of Deals is Almost Gone.

This email was sent

March 27, 2025 8:09am EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING DARK SPOTS OFFERS

4 DAYS OF DEALS

# SURPRISE EXTENSION

# 40% OFF

## Any 3 products or More

SHOP NOW

Use Code: 40OFF



## Save Big on Sets




Get Lifted Skin Active Duo

$186

SHOP NOW




Enlighten Day & Night Duo

$143

SHOP NOW




Skin Active Face & Eye Duo

$194

SHOP NOW




Peel Expert Set

$226.50

SHOP NOW

## Not Sure Which Way to Glow?

Take our quick quiz to discover your curated regimen.

START QUIZ



SKINCARE TIPS

THE NEOSTRATA DIFFERENCE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% off select individual products with code 40OFF. Offer expires March 27, 2025. Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

© 2025, NEOSTRATA COMPANY, INC. 2025

199 Grandview Road, Skillman, NJ 08558

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Mar 26, 2025




**Ends Tonight! 40% Off Any 3+ Items**
Triple Firming Neck Cream is Back in Stock!!!

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners** 🏆
Score These A-List Faves

NeoStrata
US · Mar 10, 2025




**Extended! 25% Off Night Treatments**
LAST CHANCE!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 28

Milled

D

exuviance

## NeoStrata

US · neostrata.com

### 50% Off Lift Volumizing Concentrate Ends Tonight

Our Gift to You On Love Your Skin Day

This email was sent

July 13, 2025 7:39pm EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

BESTSELLERS AGE REVERSE+

## Final Hours!




Lift Volumizing Concentrate - The Results Are In!

After 6 Weeks of Twice Daily Use:*






**97%**
skin is cushioned with moisture

**94%**
skin appears lifted, volumized

**94%**
wrinkles are less visible

**90%**
deep creases and folds appear filled in

**percentage of respondents noting improvement.

**Shop Now**

| | |
|---|---|
| Take Our Quiz<br>Reveal your personalized regimen<br>START NOW | Sign Up For Texts<br>Unlock 20% off your purchase<br>SIGN UP |
| Special Offers<br>Limited-time deals & promotions<br>SHOP NOW | Our Story<br>The Exuviance® Difference<br>EXPLORE |

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 50% Off Lift Volumizing Concentrate. No offer code needed. Offer expires July 15, 2025 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Mar 26, 2025




**Ends Tonight! 40% Off Any 3+ Items**

Triple Firming Neck Cream is Back in Stock!!!

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners 🏆**

Score These A-List Faves

NeoStrata
US · Mar 10, 2025




**Extended! 25% Off Night Treatments**

LAST CHANCE!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 29

Milled

D

NeoStrata

US · neostrata.com

EXTENDED! 50% Off Lift Volumizing Concentrate

Visibly Plump with Hyaluronic Acid

This email was sent

July 14, 2025 7:40am EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

BESTSELLERS AGE REVERSE+

**Surprise Extension! 24-Hours Only!**

Celebrate
National Love Your Skin Day with

# 50% Off
## Lift Volumizing Concentrate

Shop Now




3 Free Samples
on orders $75+

Free Shipping
on orders $50+

Take Our Quiz
Reveal your personalized regimen

Sign Up For Texts
Unlock 20% off your purchase

START NOW

SIGN UP

Special Offers

Limited-time deals & promotions

SHOP NOW

Our Story

The Exuviance® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 50% Off Lift Volumizing Concentrate. No offer code needed. Offer expires July 15, 2025 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Mar 26, 2025




**Ends Tonight! 40% Off Any 3+ Items**
Triple Firming Neck Cream is Back in Stock!!!

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners 🏆**
Score These A-List Faves

NeoStrata
US · Mar 10, 2025




**Extended! 25% Off Night Treatments**
LAST CHANCE!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 30

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Get Glowing: 50% Off AHA Classics**

Today Only!

---

This email was sent

August 5, 2025 8:08am EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

NEOSTRATA
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING




## Save Big on Bestsellers







High Potency Cream
WAS $66 NOW $33
SHOP NOW



Problem Dry Skin Cream
WAS $46 NOW $23
SHOP NOW



Glycolic Renewal Smoothing Cream
WAS $55 NOW $27.50
SHOP NOW




Lotion Plus
WAS $60 NOW $30
SHOP NOW

**Take Our Quiz**
Reveal your personalized regimen
START NOW

**Sign Up For Texts**
Unlock 20% off your purchase
SIGN UP

**Special Offers**
Limited-time deals & promotions
SHOP NOW

**Our Story**
The NEOSTRATA® Difference
EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 50% Off Select Products. No offer code needed. Offer expires August 6th, 2025 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com. Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

© 2025, NEOSTRATA COMPANY, INC. 2025

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Mar 26, 2025




**Ends Tonight! 40% Off Any 3+ Items**
Triple Firming Neck Cream is Back in Stock!!!

NeoStrata
US · Mar 2, 2025




**Last Call! 25% Off Award-Winners** 🏆
Score These A-List Faves

NeoStrata
US · Mar 10, 2025




**Extended! 25% Off Night Treatments**
LAST CHANCE!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 31

Milled

D

exuviance

## NeoStrata

US · neostrata.com

### Last Call! 50% Off AHA Classics

Don't Miss These Glycolic Acid Favorites

This email was sent

August 5, 2025 8:08pm EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING




## Save Big on Bestsellers







High Potency Cream
WAS $66 NOW $33
SHOP NOW



Problem Dry Skin Cream
WAS $46 NOW $23
SHOP NOW



Glycolic Renewal Smoothing Cream
WAS $55 NOW $27.50
SHOP NOW




Lotion Plus
WAS $60 NOW $30
SHOP NOW

**Take Our Quiz**
Reveal your personalized regimen
START NOW

**Sign Up For Texts**
Unlock 20% off your purchase
SIGN UP

**Special Offers**
Limited-time deals & promotions
SHOP NOW

**Our Story**
The NEOSTRATA® Difference
EXPLORE

ORDER STATUS | MY ACCOUNT | SPECIAL OFFERS | CONTACT US

TERMS & CONDITIONS

Exclusively online. 50% Off Select Products. No offer code needed. Offer expires August 6th, 2025 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

© 2025, NEOSTRATA COMPANY, INC. 2025

86 Morris Ct, Summit, NJ 07901

View in your browser

Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Aug 5, 2025




**Get Glowing: 50% Off AHA Classics**
Today Only!

NeoStrata
US · Jul 14, 2025




**EXTENDED! 50% Off Lift Volumizing Concentrate**
Visibly Plump with Hyaluronic Acid

NeoStrata
US · Jul 13, 2025




**50% Off Lift Volumizing Concentrate Ends Tonight**
Our Gift to You On Love Your Skin Day

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 32

NeoStrata · US · neostrata.com · Following

Aug 6, 2025 · 8:08 AM EDT

**EXTENDED! 50% OFF**

One More Day for AHA Classics

NEOSTRATA
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING

SURPRISE EXTENSION!

# 50% OFF
## AHA CLASSICS

SHOP NOW

FOR FACE & BODY




**Lotion Plus**

**Now $30,** ~~Was $60~~

SHOP NOW

HELPS EVEN SKIN TONE




**High Potency Cream**

**Now $33,** ~~Was $66~~

SHOP NOW

LIGHTWEIGHT REJUVENATING LOTION




## Glycolic Renewal Smoothing Lotion

**Now $27.50, ~~Was $55~~**

SHOP NOW

## SEVERE DRY SKIN TREATMENT




## Problem Dry Skin Cream

**Now $27.50, ~~Was $55~~**

SHOP NOW

SHOP THE SALE

## FREE SHIPPING + 3 FREE SAMPLES ON ORDERS $75+

SHOP NOW

| | |
|---|---|
| **Take Our Quiz**<br>Reveal your personalized regimen<br>**START NOW** | **Sign Up For Texts**<br>Unlock 20% off your purchase<br>**SIGN UP** |
| **Special Offers**<br>Limited-time deals & promotions<br>**SHOP NOW** | **Our Story**<br>The NEOSTRATA® Difference<br>**EXPLORE** |

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 50% Off Select Products. No offer code needed. Offer expires August 7th, 2025 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

© 2025, NEOSTRATA COMPANY, INC. 2025

86 Morris Ct, Summit, NJ 07901

View in your browser

# EXHIBIT 33

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Today Only: 40% Off Any 3+ Items**

Refresh Your Shelf!

This email was sent

September 7, 2025 7:44am EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

BESTSELLERS AGE REVERSE+




Take Our Quiz

Reveal your personalized regimen

START NOW

Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

Special Offers

Limited-time deals & promotions

SHOP NOW

Our Story

The Exuviance® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off any 3 products or more. No offer code needed. Offer expires September 9th, 2025 (12 AM PST). All value sets are excluded from the offer and additional exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Aug 5, 2025




**Get Glowing: 50% Off AHA Classics**
Today Only!

NeoStrata
US · Jul 14, 2025




**EXTENDED! 50% Off Lift Volumizing Concentrate**
Visibly Plump with Hyaluronic Acid

NeoStrata
US · Jul 13, 2025




**50% Off Lift Volumizing Concentrate Ends Tonight**
Our Gift to You On Love Your Skin Day

# Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 34

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Last Chance! 40% Off Any 3+ Items**

Final Hours, Don't Miss Out!

This email was sent

September 7, 2025 7:44pm EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

exuviance

BESTSELLERS AGE REVERSE+

Last Chance!

# 40% Off
## Any 3+ Items

Refresh your shelf with all your skin-renewing favorites.

Shop Now




## Shop Customer Favorites



"Super hydrating and refreshing"




*-elenab123_2514*

Shop Now

"Fast absorbing with great ingredients"

*-noimotk*

Shop Now







"Overall less texture on my face!"

*-haleighm13*

Shop Now



will leave you glowing and hydrated"

*-mayam74*

Shop Now




Take Our Quiz

Reveal your personalized regimen

START NOW

Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

Special Offers

Limited-time deals & promotions

SHOP NOW

Our Story

The Exuviance® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off any 3 products or more. No offer code needed. Offer expires September 9th, 2025 (12 AM PST). All value sets are excluded from the offer and additional exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

Recent emails from NeoStrata See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Aug 5, 2025




**Get Glowing: 50% Off AHA Classics**

Today Only!

NeoStrata
US · Jul 14, 2025




**EXTENDED! 50% Off Lift Volumizing Concentrate**

Visibly Plump with Hyaluronic Acid

NeoStrata
US · Jul 13, 2025




**50% Off Lift Volumizing Concentrate Ends Tonight**

Our Gift to You On Love Your Skin Day

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 35

Milled

D

exuviance

## NeoStrata

US · neostrata.com

### Final Hours for 40% Off

Any 3 Items. Don't Miss This!

This email was sent

September 7, 2025 8:10pm EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

NEOSTRATA
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING

TODAY ONLY

# FLASH SALE

# 40% OFF

Any 3 Products or More



SHOP NOW

## Shop Bestsellers



Triple Firming Neck Cream
**Now $68.60,** ~~Was $98~~

SHOP NOW



Exfoliating Wash
**Now $28,** ~~Was $40~~

SHOP NOW




High Potency Cream

**Now $46.20,** ~~Was $66~~

**SHOP NOW**




Bionic Face Serum

**Now $59.50,** ~~Was $85~~

**SHOP NOW**

**Take Our Quiz**

Reveal your personalized regimen

**START NOW**

**Sign Up For Texts**

Unlock 20% off your purchase

**SIGN UP**

**Special Offers**

Limited-time deals & promotions

**SHOP NOW**

**Our Story**

The NEOSTRATA® Difference

**EXPLORE**

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off an order of 3 or more products. No offer code needed. Offer expires September 9th, 2025 (12 AM PST). All value sets are excluded from the offer and additional exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

© 2025, NEOSTRATA COMPANY, INC. 2025

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Aug 5, 2025




**Get Glowing: 50% Off AHA Classics**
Today Only!

NeoStrata
US · Jul 14, 2025




**EXTENDED! 50% Off Lift Volumizing Concentrate**
Visibly Plump with Hyaluronic Acid

NeoStrata
US · Jul 13, 2025




**50% Off Lift Volumizing Concentrate Ends Tonight**
Our Gift to You On Love Your Skin Day

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**
- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

**Brands**
- All Brands
- Submit a Brand
- Add My Brand

**Company**
- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 36

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**EXTENDED! 40% Off Any 3+ Items**

1 More Day, ICYMI!

This email was sent

September 8, 2025 7:44am EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

BESTSELLERS AGE REVERSE+

Surprise Extension!

# 40% Off
## Any 3+ Items

Refresh your shelf with all your skin-renewing favorites.

Shop Now




## Selling Fast




**Gentle Daily Exfoliating Pads**
Now $27 ~~Was $45~~




**Pro-Plump Hydrating Cream**
Now $33 ~~Was $55~~




**Deep Clean AHA Cleanser**
Now $20.40 ~~Was $44~~




**AGE REVERSE+ Hydrafirm**
Now $55.20 ~~Was $92~~

| | |
|---|---|
| Take Our Quiz<br>Reveal your personalized regimen<br>START NOW | Sign Up For Texts<br>Unlock 20% off your purchase<br>SIGN UP |
| Special Offers<br>Limited-time deals & promotions<br>SHOP NOW | Our Story<br>The Exuviance® Difference<br>EXPLORE |

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off any 3 products or more. No offer code needed. Offer expires September 9th, 2025 (12 AM PST). All value sets are excluded from the offer and additional exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Sep 7, 2025




**Final Hours for 40% Off**

Any 3 Items. Don't Miss This!

NeoStrata
US · Sep 7, 2025




**Last Chance! 40% Off Any 3+ Items**

Final Hours, Don't Miss Out!

NeoStrata
US · Sep 7, 2025




**Today Only: 40% Off Any 3+ Items**

Refresh Your Shelf!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 37

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Flash Sale! ⚡ Buy One, Get One Free**

When You Add Both Items to Cart

This email was sent

October 19, 2025 7:43am EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

BESTSELLERS AGE REVERSE+

s Only! ~ Hurry, 24 Hours Only! ~ Hurry, 24 Hours Only! ~ Hurry, 2




Shop Now

## Shop What's Trending






AGE REVERSE+
Total Correct Serum

Overnight Transformation
Complex




Deep Clean AHA Cleanser




AGE REVERSE+ Day Repair

Take Our Quiz

Reveal your personalized regimen

START NOW

Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

Special Offers

Limited-time deals & promotions

SHOP NOW

Our Story

The Exuviance® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. Buy one item, receive an item of equal or lesser value free when added to cart. No offer code needed. Offer expires October 21st, 2025 (12 AM PST). All value sets are excluded from the offer and additional exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Sep 8, 2025




**EXTENDED! 40% Off Any 3+ Items**

1 More Day, ICYMI!

NeoStrata
US · Sep 7, 2025




**Final Hours for 40% Off**

Any 3 Items. Don't Miss This!

NeoStrata
US · Sep 7, 2025




**Last Chance! 40% Off Any 3+ Items**

Final Hours, Don't Miss Out!

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 38

Milled

D

## NeoStrata

US · neostrata.com

**Final Hours for BOGO!**

Buy One, Get One Free Ends Soon

This email was sent

October 19, 2025 7:43pm EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

exuviance

BESTSELLERS AGE REVERSE+

nal Hours ~ Final Hours ~ Final Hours ~ Final Hours ~ Final Ho




Shop Now

## Shop What's Trending






AGE REVERSE+ Total Correct Serum

Overnight Transformation Complex




Deep Clean AHA Cleanser




AGE REVERSE+ Day Repair

Take Our Quiz

Reveal your personalized regimen

START NOW

Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

Special Offers

Limited-time deals & promotions

SHOP NOW

Our Story

The Exuviance® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. Buy one item, receive an item of equal or lesser value free when added to cart. No offer code needed. Offer expires October 21st, 2025 (12 AM PST). All value sets are excluded from the offer and additional exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Sep 8, 2025




**EXTENDED! 40% Off Any 3+ Items**

1 More Day, ICYMI!

NeoStrata
US · Sep 7, 2025




**Final Hours for 40% Off**

Any 3 Items. Don't Miss This!

NeoStrata
US · Sep 7, 2025




**Last Chance! 40% Off Any 3+ Items**

Final Hours, Don't Miss Out!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 39

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Extended! Buy One, Get One**

Ends Tonight!

This email was sent

October 20, 2025 7:43am EDT

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

BESTSELLERS AGE REVERSE+

se Extension ~ Surprise Extension ~ Surprise Extension ~ Surprise Exter




Shop Now

## Selling Fast






Radiance Serum

AGE REVERSE+
Rebuild-5 Cream




Gentle Daily Exfoliating Pads




Gentle Cream Cleanser

Take Our Quiz

Reveal your personalized regimen

START NOW

Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

Special Offers

Limited-time deals & promotions

SHOP NOW

Our Story

The Exuviance® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. Buy one item, receive an item of equal or lesser value free when added to cart. No offer code needed. Offer expires October 21st, 2025 (12 AM PST). All value sets are excluded from the offer and additional exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Sep 8, 2025




**EXTENDED! 40% Off Any 3+ Items**

1 More Day, ICYMI!

NeoStrata
US · Sep 7, 2025




**Final Hours for 40% Off**

Any 3 Items. Don't Miss This!

NeoStrata
US · Sep 7, 2025




**Last Chance! 40% Off Any 3+ Items**

Final Hours, Don't Miss Out!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 40

Milled

D

## NeoStrata

US · neostrata.com

### FINAL HOURS FOR 40% OFF SITEWIDE!

Don't Miss Singles' Day Savings

This email was sent

November 11, 2025 7:37pm EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

exuviance

BESTSELLERS AGE REVERSE+

~ Final Hours! ~ Final Hours! ~ Final Hours! ~

# 40% Off Sitewide

Pamper yourself this Singles' Day with exclusive deals on high-performance skincare.

Shop Now

## Shop What's Trending






Performance Peel AP25
Now $51.60 ~~Was $86.00~~

Overnight Transformation Complex
Now $33.00 ~~Was $55.00~~




AGE REVERSE+
Day Repair
Now $52.20 ~~Was $87.00~~




Triple Microdermabrasion
Face Polish
Now $46.80 ~~Was $78.00~~

Take Our Quiz
Reveal your personalized regimen
START NOW

Sign Up For Texts
Unlock 20% off your purchase
SIGN UP

Special Offers
Limited-time deals & promotions
SHOP NOW

Our Story
The Exuviance® Difference
EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off sitewide excluding Sets. No offer code needed, discount will be automatically applied at checkout. Offer expires November 13th, 2025 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Sep 8, 2025




**EXTENDED! 40% Off Any 3+ Items**

1 More Day, ICYMI!

NeoStrata
US · Sep 7, 2025




**Final Hours for 40% Off**

Any 3 Items. Don't Miss This!

NeoStrata
US · Sep 7, 2025




**Last Chance! 40% Off Any 3+ Items**

Final Hours, Don't Miss Out!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 41

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Last Call! ⏰ 40% Off Sitewide Ends Soon**

Singles' Day is Only Once a Year!

This email was sent

November 11, 2025 8:07pm EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

NEOSTRATA
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING

FINAL HOURS • FINAL HOURS • FINAL HOURS

SINGLES' DAY
SINGLES' DAY
SINGLES' DAY
SINGLES' DAY

40%
OFF
SITEWIDE

SHOP NOW

# Selling Fast



Tri-Therapy Lifting Serum
**Now $66,** ~~Was $110~~
**SHOP NOW**



Exfoliating Wash
**Now $24,** ~~Was $40~~
**SHOP NOW**



Bionic Face Cream
**Now $39.60,** ~~Was $66~~
**SHOP NOW**



Intensive Eye Therapy
**Now $53.40,** ~~Was $89~~
**SHOP NOW**

**Take Our Quiz**
Reveal your personalized regimen
**START NOW**

**Sign Up For Texts**
Unlock 20% off your purchase
**SIGN UP**

**Special Offers**
Limited-time deals & promotions
**SHOP NOW**

**Our Story**
The NEOSTRATA® Difference
**EXPLORE**

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off sitewide excluding Value Sets. No offer code needed. Offer expires November 13th, 2025 (12 AM PST). Exclusions

may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

NEOSTRATA®

© 2025, NEOSTRATA COMPANY, INC. 2025

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




### Your Lip Gift Ends Tonight

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




### Today Only: The Perfect Finishing Touch

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




### Ends Tonight: $40 Serums

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 11, 2025




FINAL HOURS FOR 40% OFF SITEWIDE!

Don't Miss Singles' Day Savings

NeoStrata
US · Oct 20, 2025




Extended! Buy One, Get One

Ends Tonight!

NeoStrata
US · Oct 19, 2025




Final Hours for BOGO!

Buy One, Get One Free Ends Soon

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 42

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**SINGLES' DAY EXTENDED! 40% Off Sitewide**

One More Day. Don't Miss Skincare Savings

---

This email was sent

November 12, 2025 8:07am EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile | Desktop | Text

NEOSTRATA
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING

SURPRISE EXTENSION



# Shop Before They're Gone



Tri-Therapy Lifting Serum

**Now $66,** ~~Was $110~~

**SHOP NOW**



Exfoliating Wash

**Now $24,** ~~Was $40~~

**SHOP NOW**



Bionic Face Cream

**Now $39.60,** ~~Was $66~~

**SHOP NOW**



Intensive Eye Therapy

**Now $53.40,** ~~Was $89~~

**SHOP NOW**

**Take Our Quiz**
Reveal your personalized regimen
**START NOW**

**Sign Up For Texts**
Unlock 20% off your purchase
**SIGN UP**

**Special Offers**
Limited-time deals & promotions
**SHOP NOW**

**Our Story**
The NEOSTRATA® Difference
**EXPLORE**

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off sitewide excluding Value Sets. No offer code needed. Offer expires November 13th, 2025 (12 AM PST). Exclusions

may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

© 2025, NEOSTRATA COMPANY, INC. 2025

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 11, 2025




**FINAL HOURS FOR 40% OFF SITEWIDE!**

Don't Miss Singles' Day Savings

NeoStrata
US · Oct 20, 2025




**Extended! Buy One, Get One**

Ends Tonight!

NeoStrata
US · Oct 19, 2025




**Final Hours for BOGO!**

Buy One, Get One Free Ends Soon

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

**Brands**

All Brands
Submit a Brand
Add My Brand

**Company**

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 43

Milled

D

exuviance

## NeoStrata

US · neostrata.com

### Cyber Monday Last Chance: 60% Off Blockbuster Set

Don't Miss Our Best Offer of The Year!

This email was sent

December 1, 2025 7:42pm EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance

BESTSELLERS AGE REVERSE+

~ Free Shipping On All Orders ~

CYBER MONDAY

Last Chance!

# 60% Off

## Blockbuster Set




3 award-winning products in 1 incredible set!

Featuring full-sizes of:

Pure Retinol Correcting Peel

Radiance Serum

Triple Microdermabrasion Face Polish

Shop Now

CYBER MONDAY







| | |
|---|---|
| Take Our Quiz<br>Reveal your personalized regimen<br>START NOW | Sign Up For Texts<br>Unlock 20% off your purchase<br>SIGN UP |
| Special Offers<br>Limited-time deals & promotions<br>SHOP NOW | Our Story<br>The Exuviance® Difference<br>EXPLORE |

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off Sitewide + 60% Off Blockbuster Set + Free Shipping on all orders + FREE Gift on orders $100+. No offer code needed. Offer expires December 3rd, 2025 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 11, 2025




**FINAL HOURS FOR 40% OFF SITEWIDE!**

Don't Miss Singles' Day Savings

NeoStrata
US · Oct 20, 2025




**Extended! Buy One, Get One**

Ends Tonight!

NeoStrata
US · Oct 19, 2025




**Final Hours for BOGO!**

Buy One, Get One Free Ends Soon

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

**Brands**

- All Brands
- Submit a Brand
- Add My Brand

**Company**

- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 44

Milled

D

exuviance

NeoStrata

US · neostrata.com

60% Off Skin Active Sets Ends Tonight!

Plus 40% Off Sitewide

This email was sent

December 1, 2025 8:11pm EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

NEOSTRATA
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING

FREE SHIPPING ON ALL ORDERS






**Take Our Quiz**
Reveal your personalized regimen
START NOW

**Sign Up For Texts**
Unlock 20% off your purchase
SIGN UP

**Special Offers**
Limited-time deals & promotions
SHOP NOW

**Our Story**
The NEOSTRATA® Difference
EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off Sitewide + Free Shipping on all Orders. 60% Off Skin Active Sets. Free Choice of Full-Size Moisturizer on Orders $100+. No offer code needed. Offer expires December 3rd, 2025 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

© 2025, NEOSTRATA COMPANY, INC. 2025

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 11, 2025




**FINAL HOURS FOR 40% OFF SITEWIDE!**

Don't Miss Singles' Day Savings

NeoStrata
US · Oct 20, 2025




**Extended! Buy One, Get One**

Ends Tonight!

NeoStrata
US · Oct 19, 2025




**Final Hours for BOGO!**

Buy One, Get One Free Ends Soon

## Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty
Shoes
Jewelry & Watches
Home Decor

### Brands

All Brands
Submit a Brand
Add My Brand

### Company

Contact
Book a Call
Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 45

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**EXTENDED! 60% Off Blockbuster Se t+ 40% Off Sitewide**

This is it! ENDS TONIGHT!

This email was sent

December 2, 2025 7:42am EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

exuviance®

BESTSELLERS AGE REVERSE+

~ Free Shipping On All Orders ~

CYBER MONDAY

Cyber Monday Extended!

# 60% Off

## Blockbuster Set




3 award-winning products in 1 incredible set!
Featuring full-sizes of:
Pure Retinol Correcting Peel
Radiance Serum
Triple Microdermabrasion Face Polish

Shop Now

CYBER MONDAY

Case 3:26-cv-05764-TMC Document 18-1 Filed 08/31/26 Page 288 of 438







| | |
|---|---|
| Take Our Quiz<br>Reveal your personalized regimen<br>START NOW | Sign Up For Texts<br>Unlock 20% off your purchase<br>SIGN UP |
| Special Offers<br>Limited-time deals & promotions<br>SHOP NOW | Our Story<br>The Exuviance® Difference<br>EXPLORE |

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off Sitewide + 60% Off Blockbuster Set + Free Shipping on all orders + FREE Gift on orders $100+. No offer code needed. Offer expires December 3rd, 2025 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

© 2025, NEOSTRATA COMPANY, INC. 2025

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Nov 11, 2025




FINAL HOURS FOR 40% OFF SITEWIDE!
Don't Miss Singles' Day Savings

NeoStrata
US · Oct 20, 2025




Extended! Buy One, Get One
Ends Tonight!

NeoStrata
US · Oct 19, 2025




Final Hours for BOGO!
Buy One, Get One Free Ends Soon

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**
- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

**Brands**
- All Brands
- Submit a Brand
- Add My Brand

**Company**
- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 46

Milled

D

exuviance

## NeoStrata

US · neostrata.com

### Cyber Monday Extended! 60% Off Skin Active Sets

Plus Final Hours for 40% Off Sitewide!

This email was sent

December 2, 2025 8:12am EST

Save Email

Download

Is this your brand on Milled? **Claim it**.

Mobile Desktop Text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING






**Take Our Quiz**
Reveal your personalized regimen
START NOW

**Sign Up For Texts**
Unlock 20% off your purchase
SIGN UP

**Special Offers**
Limited-time deals & promotions
SHOP NOW

**Our Story**
The NEOSTRATA® Difference
EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off Sitewide + Free Shipping on all Orders. 60% Off Skin Active Sets. Free Choice of Full-Size Moisturizer on Orders $100+. No offer code needed. Offer expires December 3rd, 2025 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

NEOSTRATA®

© 2025, NEOSTRATA COMPANY, INC. 2025

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recent emails from NeoStrata

See All

NeoStrata
US · Jul 28




**Your Lip Gift Ends Tonight**

Last Chance to Receive With Every Order

NeoStrata
US · Jul 28




**Today Only: The Perfect Finishing Touch**

Complimentary Targeted Lip Filler With Every Order

NeoStrata
US · Jul 24




**Ends Tonight: $40 Serums**

See Why Everyone Loves Them

## Recently viewed emails

See All

NeoStrata
US · Dec 2, 2025




**EXTENDED! 60% Off Blockbuster Set+ 40% Off Sitewide**

This is it! ENDS TONIGHT!

NeoStrata
US · Dec 1, 2025




**60% Off Skin Active Sets Ends Tonight!**

Plus 40% Off Sitewide

NeoStrata
US · Dec 1, 2025




**Cyber Monday Last Chance: 60% Off Blockbuster Set**

Don't Miss Our Best Offer of The Year!

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

- Apparel
- Beauty
- Shoes
- Jewelry & Watches
- Home Decor

**Brands**

- All Brands
- Submit a Brand
- Add My Brand

**Company**

- Contact
- Book a Call
- Privacy
- Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 47

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Ends Tonight: 30% Off Sitewide + Free Cleanser**

This Only Happens Once a Year

This email was sent

February 22, 2026 8:16am EST

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING


LAST CHANCE!
Anniversary Sale
30% OFF
SITEWIDE
+ Free Cleanser, On Us!
SHOP NOW







## 24-Hours Left to Save




Tri Therapy Lifting Serum

Now $77.00 ~~Was $110.00~~

SHOP NOW




Exfoliating Wash

Now $28.00 ~~Was $40.00~~

SHOP NOW




Glycolic Renewal Smoothing Lotion

Now $38.50 ~~Was $55.00~~

SHOP NOW




Mandelic Clarifying Hydragel

Now $38.50 ~~Was $55.00~~

SHOP NOW

**Take Our Quiz**

Reveal your personalized regimen

START NOW

**Sign Up For Texts**

Unlock 20% off your purchase

SIGN UP

**Special Offers**

**Our Story**

## Recent emails from NeoStrata

Limited-time deals & promotions
**SHOP NOW**

The NEOSTRATA® Difference
**EXPLORE**

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 30% Off Sitewide + Free Foaming Glycolic Wash on orders $100+. No offer code needed. Discount automatically applied at checkout. Offer expires February 24th, 2026 (12 AM PST). Additional exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

NEOSTRATA COMPANY, INC. 2026

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recently viewed emails

See All

NeoStrata
US · Feb 22




**Final Hours! Shop The Anniversary Sale**

30% Off Sitewide + FREE Cleanser

NeoStrata
US · Feb 23




**Extended! 30% Off Sitewide + Free Cleanser**

LAST CHANCE TO SHOP ANNIVERSARY SALE



**Today C**

Stock Up

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel

Beauty

**Brands**

All Brands

Submit a Brand

**Company**

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 48

Milled

D

exuviance

## NeoStrata

US · neostrata.com

### Final Hours! Shop The Anniversary Sale

30% Off Sitewide + FREE Cleanser

This email was sent

February 22, 2026 8:16pm EST

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS    ANTIAGING


FINAL HOURS!
Anniversary Sale
30% OFF
SITEWIDE
+ Free Cleanser, On Us!
SHOP NOW







## Best Prices on Bestselling Skincare




Tri Therapy Lifting Serum

Now $77.00 ~~Was $110.00~~

SHOP NOW




Exfoliating Wash

Now $28.00 ~~Was $40.00~~

SHOP NOW




Glycolic Renewal Smoothing Lotion

Now $38.50 ~~Was $55.00~~

SHOP NOW




Mandelic Clarifying Hydragel

Now $38.50 ~~Was $55.00~~

SHOP NOW

**Take Our Quiz**

Reveal your personalized regimen

START NOW

**Sign Up For Texts**

Unlock 20% off your purchase

SIGN UP

**Special Offers**

**Our Story**

Recent emails from NeoStrata

Limited-time deals & promotions

**SHOP NOW**

The NEOSTRATA® Difference

**EXPLORE**

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 30% Off Sitewide + Free Foaming Glycolic Wash on orders $100+. No offer code needed. Discount automatically applied at checkout. Offer expires February 24th, 2026 (12 AM PST). Additional exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

NEOSTRATA COMPANY, INC. 2026

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recently viewed emails

See All

exuviance
NeoStrata
US · Feb 23




**Extended! 30% Off Sitewide + Free Cleanser**
LAST CHANCE TO SHOP ANNIVERSARY SALE

exuviance
NeoStrata
US · Feb 26




**Today Only: 40% Off Any 3+ Items!**
Stock Up & Save

exuviance



**Final Ho**
Don't Mis

# Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories
Apparel
Beauty

### Brands
All Brands
Submit a Brand

### Company
Contact
Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 49

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Extended! 30% Off Sitewide + Free Cleanser**

LAST CHANCE TO SHOP ANNIVERSARY SALE

This email was sent

February 23, 2026 8:15am EST

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

**BESTSELLERS** **ANTIAGING**


SURPRISE EXTENSION
Anniversary Sale
30% OFF
SITEWIDE
+ Free Cleanser, On Us!
SHOP NOW







## Best Prices on Bestselling Skincare




Tri Therapy Lifting Serum

Now $77.00 ~~Was $110.00~~

SHOP NOW




Exfoliating Wash

Now $28.00 ~~Was $40.00~~

SHOP NOW




Glycolic Renewal Smoothing Lotion

Now $38.50 ~~Was $55.00~~

SHOP NOW




Mandelic Clarifying Hydragel

Now $38.50 ~~Was $55.00~~

SHOP NOW

**Take Our Quiz**

Reveal your personalized regimen

START NOW

**Sign Up For Texts**

Unlock 20% off your purchase

SIGN UP

**Special Offers**

**Our Story**

## Recent emails from NeoStrata

Limited-time deals & promotions

**SHOP NOW**

The NEOSTRATA® Difference

**EXPLORE**

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 30% Off Sitewide + Free Foaming Glycolic Wash on orders $100+. No offer code needed. Discount automatically applied at checkout. Offer expires February 24th, 2026 (12 AM PST). Additional exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

NEOSTRATA®

NEOSTRATA COMPANY, INC. 2026

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recently viewed emails

See All

NeoStrata
US · Feb 26




**Today Only: 40% Off Any 3+ Items!**
Stock Up & Save

NeoStrata
US · Feb 26




**Final Hours: 40% Off Any 3+ Items!**
Don't Miss This!



**EXTEND**
THIS IS IT

# Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel
Beauty

### Brands

All Brands
Submit a Brand

### Company

Contact
Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 50

Milled

D

## NeoStrata

US · neostrata.com

**Today Only: 40% Off Any 3+ Items!**

Stock Up & Save

This email was sent

February 26, 2026 7:42am EST

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

exuviance

**BESTSELLERS** **AGE REVERSE+**




Shop Must-Haves




**Skinrise Morning Glow**
$27.00
~~$45.00~~

SHOP NOW




**Deep Clean AHA Cleanser**
$20.40
~~$34.00~~

SHOP NOW




**AGE REVERSE+ Day Repair**
$52.20
~~$87.00~~

SHOP NOW

## Stay Tuned For More Deals!

| | |
|---|---|
| M 02/23 | 40% Off Spring Favorites |
| Tu 02/24 | 40% Off Peels & Exfoliants |
| W 02/25 | 40% Off Must-Have Moisturizers |
| Th 02/26 | 40% Off Choose Any 3 SHOP NOW |

## Recent emails from NeoStrata




Take Our Quiz

Reveal your personalized regimen

START NOW

Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

Special Offers

Limited-time deals & promotions

SHOP NOW

Our Story

The Exuviance® Difference

EXPLORE

**ORDER STATUS** **MY ACCOUNT** **SPECIAL OFFERS** **CONTACT US**

## Recently viewed emails

See All

TERMS & CONDITIONS

Exclusively online. 40% Off Any 3+ Products. No offer code needed, discount applied at checkout. Offer expires February 28th, 2026 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on http://www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

NeoStrata
US · Feb 26




**Final Hours: 40% Off Any 3+ Items!**

Don't Miss This!

NeoStrata
US · Feb 27




**EXTENDED! 40% Off Any 3+ Items**

THIS IS IT!



**Ends To On Us**

Celebrate

# Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel

Beauty

### Brands

All Brands

Submit a Brand

### Company

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 51

Milled

D

## NeoStrata

US · exuviance.com

**Final Hours: 40% Off Any 3+ Items!**

Don't Miss This!

This email was sent

February 26, 2026 7:42pm EST

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

BESTSELLERS AGE REVERSE+




## Shop Must-Haves




**Skinrise Morning Glow**
$27.00
~~$45.00~~

SHOP NOW




**Deep Clean AHA Cleanser**
$20.40
~~$34.00~~

SHOP NOW




**AGE REVERSE+ Day Repair**
$52.20
~~$87.00~~

SHOP NOW

## Stay Tuned For More Deals!

| | |
|---|---|
| M<br>02/23 | 40% Off<br>Spring Favorites |
| Tu<br>02/24 | 40% Off<br>Peels & Exfoliants |
| W<br>02/25 | 40% Off<br>Must-Have Moisturizers |
| Th<br>02/26 | 40% Off<br>Choose Any 3<br>SHOP NOW |

## Recent emails from NeoStrata




Take Our Quiz

Reveal your personalized regimen

START NOW

Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

Special Offers

Limited-time deals & promotions

SHOP NOW

Our Story

The Exuviance® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

## Recently viewed emails

See All

TERMS & CONDITIONS

Exclusively online. 40% Off Any 3+ Products. No offer code needed, discount applied at checkout. Offer expires February 28th, 2026 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on http://www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

NeoStrata
US · Feb 27




**EXTENDED! 40% Off Any 3+ Items**

THIS IS IT!

OST
Mo

NeoStrata
US · Mar 10




**Ends Tonight! FREE Full-Size Peel, On Us**

Celebrate National Peel Day



**Extende**

Fresh, Re

## Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel

Beauty

**Brands**

All Brands

Submit a Brand

**Company**

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 52

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**EXTENDED! 40% Off Any 3+ Items**

THIS IS IT!

This email was sent

February 27, 2026 7:42am EST

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

exuviance

BESTSELLERS AGE REVERSE+




## Shop Must-Haves




**Skinrise Morning Glow**
$27.00
~~$45.00~~

SHOP NOW




**Deep Clean AHA Cleanser**
$20.40
~~$34.00~~

SHOP NOW




**AGE REVERSE+ Day Repair**
$52.20
~~$87.00~~

SHOP NOW

## Stay Tuned For More Deals!

| | |
|---|---|
| M 02/23 | 40% Off Spring Favorites |
| Tu 02/24 | 40% Off Peels & Exfoliants |
| W 02/25 | 40% Off Must-Have Moisturizers |
| Th 02/26 | 40% Off Choose Any 3 |
| F 02/27 | 40% Off Choose Any 3 SHOP NOW |




## Recent emails from NeoStrata

Take Our Quiz
Reveal your personalized regimen
START NOW

Sign Up For Texts
Unlock 20% off your purchase
SIGN UP

Special Offers
Limited-time deals & promotions
SHOP NOW

Our Story
The Exuviance® Difference
EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off Any 3+ Products. No offer code needed, discount applied at checkout. Offer expires February 28th, 2026 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on http://www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

## Recently viewed emails

See All

Unsubscribe

NeoStrata
US · Mar 10




**Ends Tonight! FREE Full-Size Peel, On Us**

Celebrate National Peel Day

OST
Mo

NeoStrata
US · Mar 11




**Extended! FREE Full-Size Peel, On Us**

Fresh, Renewed Skin for Spring




**Ends To**

The Final

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel

Beauty

**Brands**

All Brands

Submit a Brand

**Company**

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 53

Milled

D

exuviance

## NeoStrata

US · exuviance.com

### Ends Tonight! FREE Full-Size Peel, On Us

Celebrate National Peel Day

This email was sent

March 10, 2026 7:38pm EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

exuviance

BESTSELLERS AGE REVERSE+


ENDS TONIGHT
Pick a Peel
Get a free peel of your choice, on us with orders $125+
SHOP NOW




## Performance Peel AP25

Uncovers smoother, more radiant skin with a 25% AHA/PHA blend.




## Pure Retinol Correcting Peel

Corrects dark spots from age and sun damage with weekly use.

**SHOP ALL PEELS**

## Pairs Perfectly With




Gentle Cream Cleanser

SHOP NOW




Overnight Transformation Complex

SHOP NOW




Hydrasoothe Toner

SHOP NOW




Skinrise Morning Glow

SHOP NOW

## Recent emails from NeoStrata

See All

Take Our Quiz

Reveal your personalized regimen

START NOW

Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

NeoStrata
US · Jun 24




### Final Hours

Your Exclusive Offer Expires Tonight

NeoStrata
US · Jun 24




### Today Only: Exclusively For Our Subscribers

Buy One Item, Receive a Second 50% Off



### Your Fir

Save 40%

## Recently viewed emails

See All

NeoStrata
US · Mar 11




Extended! FREE Full-Size Peel, On Us

Fresh, Renewed Skin for Spring

NeoStrata
US · Mar 11




Ends Tonight! 40% Off Any 3+ Items

The Final Day of Deals




Extende

Stock Up

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel

Beauty

**Brands**

All Brands

Submit a Brand

**Company**

Contact

Book a Call

Shoes
Jewelry & Watches
Home Decor

Add My Brand

Privacy
Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 54

Milled

D

NeoStrata

US · neostrata.com

## Extended! FREE Full-Size Peel, On Us

Fresh, Renewed Skin for Spring

This email was sent

March 11, 2026 7:39am EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

exuviance

BESTSELLERS AGE REVERSE+

SURPRISE EXTENSION!

# Pick a Peel

Get a free peel of your choice, on us with orders $125+

SHOP NOW




## Performance Peel AP25

Uncovers smoother, more radiant skin with a 25% AHA/PHA blend.

## Pure Retinol Correcting Peel

Corrects dark spots from age and sun damage with weekly use.




SHOP ALL PEELS

## Pairs Perfectly With




Gentle Cream Cleanser

SHOP NOW




Overnight Transformation Complex

SHOP NOW




Hydrasoothe Toner

SHOP NOW




Skinrise Morning Glow

SHOP NOW

Recent emails from NeoStrata

Take Our Quiz

Reveal your personalized regimen

START NOW

Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

Special Offers

Limited-time deals & promotions

SHOP NOW

Our Story

The Exuviance® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. Free choice of Performance Peel AP25 or Pure Retinol Correcting Peel on orders $125+. No offer code needed, discount applied at checkout. Offer expires March 12th, 2026 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

NEOSTRATA COMPANY, INC. 2026

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recently viewed emails

See All

NeoStrata
US · Mar 11




**Ends Tonight! 40% Off Any 3+ Items**

The Final Day of Deals

NeoStrata
US · Mar 12




**Extended! 40% Off Any 3+ Items**

Stock Up On Skincare & Save



**Last Ch Glow Pa**

Plus 30%

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel

Beauty

**Brands**

All Brands

Submit a Brand

**Company**

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 55

Milled

D

exuviance

## NeoStrata

US · neostrata.com

### Ends Tonight! 40% Off Any 3+ Items

The Final Day of Deals

This email was sent

March 11, 2026 8:11pm EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

BESTSELLERS ANTIAGING


4 DAYS OF DEALS.
TODAY ONLY!
40% OFF
Any 3+ Items
SHOP NOW
NEOSTRATA
RESTORE
Bionic Lotion
Lotion Bionic
15% PHA
200 mL / 6.8 FL OZ
Stay Tuned For More Deals!

S
03/08

40% Off
Spring Must-Haves

M
03/09

40% Off
Serums & Treatments

T
03/10

40% Off
Moisturizers

W
03/11

40% Off
Any 3+ Items

SHOP NOW

# Free Shipping + 3 Free Samples

on orders $75+

SHOP NOW

**Take Our Quiz**

Reveal your personalized regimen

START NOW

**Sign Up For Texts**

Unlock 20% off your purchase

SIGN UP

Recent emails from NeoStrata

See All

**Special Offers**

Limited-time deals & promotions

SHOP NOW

**Our Story**

The NEOSTRATA® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off Any 3+ Products. No offer code needed, discount applied at checkout. Offer expires March 13th, 2026 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on http://www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

NEOSTRATA COMPANY, INC. 2026

NeoStrata
US · Jun 28




### Final Opportunity

Don't Miss Your Exclusive Offer

NeoStrata
US · Jun 28




### Today Only: A Private Offering

Purchase One Item, Receive 50% Off A Second



### Final Ho

Your Exclu

## Recently viewed emails

See All

NeoStrata
US · Mar 12




**Extended! 40% Off Any 3+ Items**

Stock Up On Skincare & Save

NeoStrata
US · Mar 22




**Last Chance! FREE SkinRise Morning Glow Pads**

Plus 30% Off Sitewide + Free Shipping



**30% Of
Ends To**

Plus FREE

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel

Beauty

**Brands**

All Brands

Submit a Brand

**Company**

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 56

Milled

D

exuviance

## NeoStrata

US · neostrata.com

**Extended! 40% Off Any 3+ Items**

Stock Up On Skincare & Save

This email was sent

March 12, 2026 8:12am EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING


4 DAYS OF DEALS.
TODAY ONLY!
40% OFF
Any 3+ Items
SHOP NOW
NEOSTRATA
RESTORE
Bionic Lotion
Lotion Bionic
15% PHA
200 mL / 6.8 FL OZ
Stay Tuned For More Deals!

S
03/08
40% Off
Spring Must-Haves

M
03/09
40% Off
Serums & Treatments

T
03/10
40% Off
Moisturizers

W
03/11
40% Off
Any 3+ Items

Th
03/12
40% Off
Any 3+ Items
SHOP NOW

## Not Sure Which Way to Glow?

Take our quick quiz to discover your curated regimen.

SHOP NOW



## Free Shipping + 3 Free Samples

on orders $75+

SHOP NOW

**Take Our Quiz**

Reveal your personalized regimen

START NOW

**Sign Up For Texts**

Unlock 20% off your purchase

SIGN UP

## Recent emails from NeoStrata

**Special Offers**

Limited-time deals & promotions

SHOP NOW

**Our Story**

The NEOSTRATA® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 40% Off Any 3+ Products. No offer code needed, discount applied at checkout. Offer expires March 13th, 2026 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on http://www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

NEOSTRATA®

NEOSTRATA COMPANY, INC. 2026

86 Morris Ct, Summit, NJ 07901

View in your browser

## Recently viewed emails

See All

NeoStrata
US · Mar 22




**Last Chance! FREE SkinRise Morning Glow Pads**

Plus 30% Off Sitewide + Free Shipping

NeoStrata
US · Mar 22




**30% Off Sitewide Spring Savings Ends Tonight!**

Plus FREE SkinRise Morning Glow Pads



**Extende
Mornin**

1 More D

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel

Beauty

**Brands**

All Brands

Submit a Brand

**Company**

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 57

Milled

D

NeoStrata
US · neostrata.com

**Last Chance! FREE SkinRise Morning Glow Pads**

Plus 30% Off Sitewide + Free Shipping

This email was sent
March 22, 2026 7:41am EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

exuviance

BESTSELLERS AGE REVERSE+


24 HOURS LEFT!
Spring Savings
30% OFF
SITEWIDE
SHOP NOW
exuviance
exuviance
exuviance
exuviance
TARGETED LIP FILLER

## Plus, a full-size gift for you!

**FREE**

SkinRise Morning Glow with orders $100+

**A $45 value!**

**SHOP NOW**




## Hurry, These Might Sell Out




## Overnight Transformation Complex

**$38.50**

~~$55~~

Shop Now




## AGE REVERSE+ Rebuild-5 Cream

**$67.20**

~~$96~~

Shop Now




## Deep Clean AHA Cleanser

**$23.80**

~~$34~~

Shop Now




## Pro-Plump Hydrating Eye Cream

**$37.80**

~~$54~~

Shop Now

## Recent emails from NeoStrata

Take Our Quiz

Reveal your personalized regimen

START NOW

Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

Special Offers

Limited-time deals & promotions

SHOP NOW

Our Story

The Exuviance® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 30% Off Sitewide, free shipping on all orders, and free SkinRise Morning Glow on orders $100+. No offer code needed, discount applied at checkout. Offer expires March 24th, 2026 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on http://www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

NEOSTRATA COMPANY, INC. 2026

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recently viewed emails

See All

NeoStrata
US · Mar 22




**30% Off Sitewide Spring Savings Ends Tonight!**

Plus FREE SkinRise Morning Glow Pads

NeoStrata
US · Mar 23




**Extended! 30% Off + FREE SkinRise Morning Glow**

1 More Day for Spring Savings!

Ne
US



**Today Only Capsules**

Celebrate a B

# Milled

The world's largest search engine for e-commerce newsletters and email sales

| Categories | Brands | Company |
|---|---|---|
| Apparel | All Brands | Contact |
| Beauty | Submit a Brand | Book a Call |

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 58

Milled

D

exuviance

## NeoStrata

US · exuviance.com

### 30% Off Sitewide Spring Savings Ends Tonight!

Plus FREE SkinRise Morning Glow Pads

This email was sent

March 22, 2026 7:41pm EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

exuviance

BESTSELLERS AGE REVERSE+


Spring Savings
30% OFF
SITEWIDE
SHOP NOW
exuviance
exuviance
exuviance
exuviance
TARGETED LIP FILLER
TOTAL 360 EYE CONTOUR

# Plus, a full-size gift for you!

**FREE**

SkinRise Morning Glow with orders $100+

**A $45 value!**

**SHOP NOW**




# Hurry, These Might Sell Out




Overnight Transformation Complex
$38.50
~~$55~~

Shop Now




AGE REVERSE+ Rebuild-5 Cream
$67.20
~~$96~~

Shop Now




Deep Clean AHA Cleanser
$23.80
~~$34~~

Shop Now




Pro-Plump Hydrating Eye Cream
$37.80
~~$54~~

Shop Now

Recent emails from NeoStrata

## Take Our Quiz

Reveal your personalized regimen

START NOW

## Sign Up For Texts

Unlock 20% off your purchase

SIGN UP

## Special Offers

Limited-time deals & promotions

SHOP NOW

## Our Story

The Exuviance® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. 30% Off Sitewide, free shipping on all orders, and free SkinRise Morning Glow on orders $100+. No offer code needed, discount applied at checkout. Offer expires March 24th, 2026 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on http://www.exuviance.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**Exuviance**

NEOSTRATA COMPANY, INC. 2026

**86 Morris Ct, Summit, NJ 07901**

View in your browser

## Recently viewed emails

See All

NeoStrata
US · Mar 22




**Last Chance! FREE SkinRise Morning Glow Pads**

Plus 30% Off Sitewide + Free Shipping

NeoStrata
US · Mar 23




**Extended! 30% Off + FREE SkinRise Morning Glow**

1 More Day for Spring Savings!

Ne
US




**Today Only Capsules**

Celebrate a B

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel

Beauty

**Brands**

All Brands

Submit a Brand

**Company**

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 59

Milled

D

NeoStrata

US · neostrata.com

## Extended! 30% Off + FREE SkinRise Morning Glow

1 More Day for Spring Savings!

This email was sent

March 23, 2026 7:41am EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

exuviance

BESTSELLERS AGE REVERSE+


SURPRISE EXTENSION!
Spring Savings
30% OFF
SITEWIDE
SHOP NOW
exuviance

## Plus, a full-size gift for you!

**FREE**

SkinRise Morning Glow with orders $100+

**A $45 value!**

**SHOP NOW**




## Last Chance to Save on Bestsellers




AGE REVERSE+
Hydrafirm
$64.40
~~$92~~

Shop Now




Vitamin C
Serum Capsules
$57.40
~~$82~~

Shop Now



Wrinkle Smooth
Topical Peptide
$68.60
~~$98~~

Shop Now




AGE REVERSE+
Toning Neck Cream
$68.60
~~$98~~

Shop Now

## Recent emails from NeoStrata

See All

NeoStrata
US · Jun 28




### Final Opportunity

Don't Miss Your Exclusive Offer

NeoStrata
US · Jun 28




### Today Only: A Private Offering

Purchase One Item, Receive 50% Off A Second

Final Ho
Your Excl

Unsubscribe

**Exuviance**

NEOSTRATA COMPANY, INC. 2026

**86 Morris Ct, Summit, NJ 07901**

## Recently viewed emails

See All

View in your browser

NeoStrata
US · Apr 4




**Today Only: 50% Off Vitamin C Capsules**

Celebrate a Bright National Vitamin C Day!

NeoStrata
US · Apr 5




**One More Day for 50% Off!**

Last Chance to Save on Vitamin C Capsules!



**48 Hou**
**Free**

Don't Mis

# Milled

The world's largest search engine for e-commerce newsletters and email sales

| Categories | Brands | Company |
|---|---|---|
| Apparel | All Brands | Contact |
| Beauty | Submit a Brand | Book a Call |

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 60

Milled

D

exuviance

# NeoStrata

US · exuviance.com

## Today Only: 50% Off Vitamin C Capsules

Celebrate a Bright National Vitamin C Day!

---

This email was sent

April 4, 2026 7:46am EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

exuviance

BESTSELLERS AGE REVERSE+


HAPPY VITAMIN C DAY!
TODAY ONLY!
50% OFF
VITAMIN C CAPSULES
SHOP NOW

Brighten up your day and your skin with **50% off** this antioxidant-rich favorite.




**Vitamin C Serum Capsules**

Gives skin a fresh daily dose of antioxidants with 20% maximum effective strength Vitamin C.

**Now $41 Was ~~$82~~**

**SHOP NOW**

**Recent emails from NeoStrata**

See All

NeoStrata
US · Jun 24




### Final Hours

Your Exclusive Offer Expires Tonight

NeoStrata
US · Jun 24




### Today Only: Exclusively For Our Subscribers

Buy One Item, Receive a Second 50% Off

### Your Fir

Save 40%

**Exuviance**

NEOSTRATA COMPANY, INC. 2026

**86 Morris Ct, Summit, NJ 07901**

## Recently viewed emails

View in your browser

See All

NeoStrata
US · Apr 5




**One More Day for 50% Off!**

Last Chance to Save on Vitamin C Capsules!

NeoStrata
US · Apr 19




**48 Hours Only: Buy One, Get One Free**

Don't Miss This



**Our Off**

These Be

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel

Beauty

**Brands**

All Brands

Submit a Brand

**Company**

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 61

Milled

D

exuviance

## NeoStrata

US · neostrata.com

### One More Day for 50% Off!

Last Chance to Save on Vitamin C Capsules!

This email was sent

April 5, 2026 7:46am EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

exuviance

BESTSELLERS AGE REVERSE+


SURPRISE EXTENSION!
TODAY ONLY!
50% OFF
VITAMIN C CAPSULES
SHOP NOW

# Brighten up your day and your skin with **50% off** this antioxidant-rich favorite.




## Vitamin C Serum Capsules

Gives skin a fresh daily dose of antioxidants with 20% maximum effective strength Vitamin C.

**Now $41 Was ~~$82~~**

SHOP NOW

### Recent emails from NeoStrata

See All

NeoStrata
US · Jun 28




**Final Opportunity**

Don't Miss Your Exclusive Offer

NeoStrata
US · Jun 28




**Today Only: A Private Offering**

Purchase One Item, Receive 50% Off A Second



**Final He**

Your Exclu

**Exuviance**

NEOSTRATA COMPANY, INC. 2026

**86 Morris Ct, Summit, NJ 07901**

## Recently viewed emails

View in your browser

See All

NeoStrata
US · Apr 20




**Our Offer Ends Tonight**

These Bestsellers Are Moving Fast

NeoStrata
US · Apr 21




**LAST CHANCE!**

BOGO Free Ends Tonight!



**These d**

Get UP T
season!

# Milled

The world's largest search engine for e-commerce newsletters and email sales

| Categories | Brands | Company |
|---|---|---|
| Apparel | All Brands | Contact |
| Beauty | Submit a Brand | Book a Call |

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 62

Milled

D

exuviance

## NeoStrata

US · neostrata.com

### 48 Hours Only: Buy One, Get One Free

Don't Miss This

This email was sent

April 19, 2026 8:16am EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

**BESTSELLERS** **ANTIAGING**

# 48-HOUR FLASH SALE




# BOGO IS BACK!

## BUY ONE, GET ONE FREE

when you add both items to cart.

**SHOP NOW**

Excludes gift sets.












## Shop Bestsellers




Triple Firming Neck Cream

SHOP NOW




Bionic Face Serum

SHOP NOW




Mandelic Clarifying Cleanser

SHOP NOW



Hydra Filling PHA Eye Cream

SHOP NOW

Recent emails from NeoStrata

See All

**Take Our Quiz**

Reveal your personalized regimen

START NOW

**Sign Up For Texts**

Unlock 20% off your purchase

SIGN UP

**Special Offers**

Limited-time deals & promotions

SHOP NOW

**Our Story**

The NEOSTRATA® Difference

EXPLORE

ORDER STATUS MY ACCOUNT SPECIAL OFFERS CONTACT US

TERMS & CONDITIONS

Exclusively online. Buy one item, get a second item of equal or lesser value free. No offer code needed, discount automatically applied at checkout. Offer expires April 22nd, 2026 (12 AM PST). Exclusions may apply. Prices are as marked. Valid only on products purchased on www.neostrata.com . Offer good while supplies last. Offer subject to change without notice. No adjustments on previous purchases and offer may not be redeemed for cash. Cannot be combined with other offers or promotions. Sales tax and shipping charges apply. Void where prohibited or otherwise restricted. All promotions apply to merchandise only after applicable discounts are applied, excluding applicable taxes and shipping charges.

Unsubscribe

**NEOSTRATA®**

NEOSTRATA COMPANY, INC. 2026

NeoStrata
US · Jun 28




**Final Opportunity**

Don't Miss Your Exclusive Offer

NeoStrata
US · Jun 28




**Today Only: A Private Offering**

Purchase One Item, Receive 50% Off A Second



**Final Ho**

Your Exclu

## Recently viewed emails

See All

exuviance

NeoStrata
US · Apr 20




**Our Offer Ends Tonight**

These Bestsellers Are Moving Fast

exuviance

NeoStrata
US · Apr 21




**LAST CHANCE!**

BOGO Free Ends Tonight!



**These d**

Get UP T
season!

# Milled

The world's largest search engine for e-commerce newsletters and email sales

**Categories**

Apparel

Beauty

**Brands**

All Brands

Submit a Brand

**Company**

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 63

Milled

D

exuviance

NeoStrata

US · neostrata.com

## Our Offer Ends Tonight

These Bestsellers Are Moving Fast

This email was sent

April 20, 2026 8:16pm EDT

Save Email

Is this your brand on Milled? **Claim it**.

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

BESTSELLERS ANTIAGING

# FINAL HOURS!




# BOGO IS BACK!

## BUY ONE, GET ONE FREE

when you add both items to cart.

SHOP NOW

Excludes gift sets.












# Anti-Aging Heroes



Intensive Eye Therapy

SHOP NOW




Foaming Glycolic Wash

SHOP NOW

View mobile or text



Rebound Sculpting Cream

SHOP NOW




Matrix Support

SHOP NOW



**Get 3 Free Samples**
**+ Free Shipping**
on orders $75+

SHOP NOW

**Take Our Quiz**
Reveal your personalized regimen
**START NOW**

**Sign Up For Texts**
Unlock 20% off your purchase
**SIGN UP**

**Special Offers**
Limited-time deals & promotions

**Our Story**
The NEOSTRATA® Difference

## Recent emails from NeoStrata

See All

NeoStrata
US · Jun 28




**Final Opportunity**

Don't Miss Your Exclusive Offer

NeoStrata
US · Jun 28




**Today Only: A Private Offering**

Purchase One Item, Receive 50% Off A Second

**Final Ho**

Your Exclu

## Recently viewed emails

See All

NeoStrata
US · Apr 21




**LAST CHANCE!**

BOGO Free Ends Tonight!

Motorola
US · Mar 5, 2025




**These deals are still blooming** 🌸

Get UP TO $350 OFF a new smartphone this season!

HARBOR FREIGHT



**More Si Biggest Got Big**

Our Most

# Milled

The world's largest search engine for e-commerce newsletters and email sales

## Categories

Apparel

Beauty

## Brands

All Brands

Submit a Brand

## Company

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.

# EXHIBIT 64

Milled

D

exuviance

## NeoStrata

US · neostrata.com

### LAST CHANCE!

BOGO Free Ends Tonight!

This email was sent

April 21, 2026 8:16am EDT

Save Email

Is this your brand on Milled? **Claim it**.

View mobile or text

NEOSTRATA®
THE SCIENCE OF VISIBLY HEALTHY, EVEN SKIN

**BESTSELLERS** **ANTIAGING**

# SURPRISE EXTENSION!




# BOGO IS BACK!

## BUY ONE, GET ONE FREE

when you add both items to cart.

**SHOP NOW**

Excludes gift sets.












# Anti-Aging Heroes



Intensive Eye Therapy

SHOP NOW




Foaming Glycolic Wash

SHOP NOW



Rebound Sculpting Cream

SHOP NOW




Matrix Support

SHOP NOW




**Get 3 Free Samples**
**+ Free Shipping**
on orders $75+

SHOP NOW

Recent emails from NeoStrata

See All

**Take Our Quiz**
Reveal your personalized regimen
**START NOW**

**Sign Up For Texts**
Unlock 20% off your purchase
**SIGN UP**

**Special Offers**
Limited-time deals & promotions

**Our Story**
The NEOSTRATA® Difference

NeoStrata
US · Jun 28




**Final Opportunity**

Don't Miss Your Exclusive Offer

NeoStrata
US · Jun 28




**Today Only: A Private Offering**

Purchase One Item, Receive 50% Off A Second



**Final Ho**

Your Exclu

## Recently viewed emails

See All

Motorola
US · Mar 5, 2025




**These deals are still blooming** 🌸
Get UP TO $350 OFF a new smartphone this season!

Harbor Freight
US · Jun 24




**More Sizes. More Access. Our Biggest ICON G2 Lineup Yet Just Got Bigger.**
Our Most Comprehensive Ratchet Lineup



**30% OF**
**All Item**
Join the I
All Items

# Milled

The world's largest search engine for e-commerce newsletters and email sales

### Categories

Apparel

Beauty

### Brands

All Brands

Submit a Brand

### Company

Contact

Book a Call

Shoes

Jewelry & Watches

Home Decor

Add My Brand

Privacy

Legal ›

© 2026 Milled. All rights reserved. Third-party content belongs to respective owners.